Fill in this information to identify the case:

Debtor name: **Campbellton-Graceville Hospital Corporation**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sun Ancillary Management**<br>45 N.E. Loop 410<br>Ste. 215<br>San Antonio, TX 78216 | | | **Disputed** | | | $3,138,708.61 |
| **CGH Holdings Company, Inc.**<br>8835 SW 107th Avenue<br>Suite 535<br>Miami, FL 33176 | | | **Disputed** | | | $1,812,386.10 |
| **Mission Toxicology, LLC**<br>2145 NW Military Hwy.<br>Ste 102<br>San Antonio, TX 78213 | | Lab Claim | **Disputed** | | | $1,093,551.06 |
| **B3 Diagnostic Laboratory LLC**<br>P.O. Box 9197<br>College Station, TX 77842 | | Lab Claim | **Disputed** | | | $845,650.00 |
| **RAJ Enterprises of Central FL d/b/a Pinnacle Laboratory Services, LLC**<br>1410 NE 8th Avenue<br>Ocala, FL 34470 | | Lab Claim | **Disputed** | | | $563,754.46 |
| **Advanced Clinical Laboratory Solutions**<br>2277-83 Coney Island<br>Suite 3B<br>Brooklyn, NY 11223 | | Lab Claim | **Disputed** | | | $539,625.00 |

Debtor  **Campbellton-Graceville Hospital Corporation**  Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Diagnostic Lab Direct, LLC<br>912 Holcomb Bridge Rd.<br>Ste 303<br>Roswell, GA 30076 | Dr. John Berberian<br><br>404 849-1509 | Lab Claim | Disputed | | | $528,794.67 |
| CMS - Centers For Medicare and Medicaid<br>P.O. Box 469063<br>Denver, CO 80246 | 866-276-9558 | Insurance Refund Request | | | | $413,315.00 |
| Empower H.I.S.<br>8724 SW 72 Street, #459<br>Miami, FL 33173 | Jorge Perez | Previous E.H.R. System | Disputed | | | $244,230.47 |
| Auspicious Laboratory, Inc.<br>7400 Harwin Drive<br>Houston, TX 77036 | | Lab Claim | Disputed | | | $199,525.00 |
| Southwest Laboratories LLC<br>4225 Office Parkway<br>Dallas, TX 75204 | | Reference Lab Testing | Disputed | | | $146,698.83 |
| Physician Stat Lab, Inc.<br>c/o Ginger Barry Boyd, Esq.<br>Broad and Cassel LLP<br>4100 Legendary Drive, Suite 280<br>Destin, FL 32541-8608 | | Lab Claim | Disputed | | | $120,723.50 |
| Our Family Genes<br>324 6th Ave North<br>Jacksonville Beach, FL 32250 | | Lab Claim | Disputed | | | $32,294.49 |
| Gilpin Givhan, PC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | 334 244-1111 | Vendor | | | | $30,942.99 |
| CIGNA<br>P.O. Box 188022<br>Chattanooga, TN 37422-8022 | 800 997-1654 | Overpayment Request | | | | $26,777.52 |

Debtor **Campbellton-Graceville Hospital Corporation**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| State of Florida, Agency for Health Care Administration Central Intake Unit 2727 Mahan Drive, Mail Stop 61 Tallahassee, FL 32308 | | | | | | $25,600.00 |
| Park Avenue Capital LLC d/b/a MaxMD 2200 Fletcher Ave. Suite 506 Fort Lee, NJ 07024-5063 | 201 963-0005 | Communication Solutions | | | | $18,545.42 |
| Healthnet (CA) P.O. Box 9103 Van Nuys, CA 91409 | 800 641-7761 | Insurance Refund Request | | | | $10,585.75 |
| Smiths Inc. of Dothan P.O. Box 1207 Dothan, AL 36302 | 334 794-6721 | Central Unit Payment | | | | $2,000.00 |
| Highmark, Inc. 120 Fifth Avenue Pittsburgh, PA 15222 | 877 298-3918 | | | | | $192.95 |