UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

CAMPBELLTON-GRACEVILLE
HOSPITAL CORPORATION

CASE No. 17-40185-KKS

CHAPTER 11

Debtor.
_____/

NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims in the Campbellton-Graceville Hospital Corporation case (17-40185-KKS):

SEE EXHIBIT "A" ATTACHED HERETO

Dated: June 8, 2017

Guy G. Gebhardt
Acting United States Trustee
Region 21

/s/ JASON H. EGAN
Jason H. Egan
Office of the United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-942-1664
FAX: 850-942-1669

Florida Bar No: 0568351
Email: jason.h.egan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice and Exhibit "A" were furnished either electronically or by first class U.S. Mail to: the attorney for the debtor, Brian G. Rich, Esq., Berger Singerman LLP, 313 North Monroe Street, Suite 301, Tallahassee, FL 32301; the Debtor, Campbellton-Graceville Hospital Corporation, 5429 College Drive, Graceville, FL 32440; and all parties on the attached Exhibit "A", this the 8th day of June, 2017.

/s/ JASON H. EGAN
Jason H. Egan

<u>EXHIBIT "A"</u>

1. Sun Ancillary Management, LLC
   c/o Lynn Murphy, CEO
   45 NE Loop 410, Suite 215
   San Antonio, TX 78216
   PHONE: 210-683-9061

2. Mission Toxicology, LLC
   c/o Lynn Murphy, CEO
   45 NE Loop 410, Suite 215
   San Antonio, TX 78216
   PHONE: 210-683-9061

3. Physicians Stat Lab, Inc.
   c/o Benjamin J. Robinson, Esq.
   Broad and Cassel, LLP
   390 N. Orange Ave, Suite 1400
   Orlando, FL 32801
   PHONE: 407-839-4200

4. Park Avenue Capital, LLC dba Max MD
   c/o Scott A. Finlay
   2200 Fletcher Avenue
   Fort Lee, New Jersey 07024
   PHONE: 201-963-0005

5. Gilpin Givhan, PC
   c/o George Thomas, President
   P.O. Box 4540
   Montgomery, Alabama 36103
   PHONE:  334-244-1111

6. Smith's Inc. of Dothan
    c/o Thomas C. Parks, President
    488 Ross Clark Circle NE
    Dothan, AL 36303
    PHONE:  334-794-6721