UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                                                  Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL        Chapter 11
CORPORATION,

        Debtor.
_____/

**LIQUIDATING TRUSTEE'S EXHIBIT LIST**

**EVIDENTIARY HEARING ON LIQUIDATING TRUSTEE'S
EXPEDITED MOTION TO EXTEND DEADLINE TO
FILE ADVERSARY PROCEEDINGS (ECF NO. 980)**

| Presiding Judge Chief Bankruptcy Judge Karen K. Specie | | | | | Movant's Counsel (a) Nelson Mullins Broad and Cassel and (b) Berger Singerman | Respondents' Counsel Unknown |
|---|---|---|---|---|---|---|
| Evidentiary Hearing Date April 17, 2019 at 9:00 a.m. ET (ECF No. 981) | | | | | Court Reporter Premier Reporting | Courtroom Deputy Janet Weems |
| Mov. No. | Resp. No. | Date Offered | Marked | Admitted | Description of Exhibits* | |
| | | | | | **24 adversary complaints and all filings in the adversary proceedings** (Adv. Proc. Nos. 18-04003, 19-04008 through 19-04029, 19-04031) | |
| | | | | | **672 subpoenas identified in ECF No. 975** (subpoenas can be provided electronically, by removable media, or by hard copy) | |
| | | | | | **Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and For Contempt and Sanctions** (ECF No. __) | |
| | | | | | **Notices of Rule 2004 Examinations and related documents** contained with bankruptcy case file (specifically including, ECF Nos. 975, 949, 936, 935, 933, 932, 928, 927, 922, 913, 912, 911, 908, 907, 828, 827, 802, 801, 785, 782, 781, 779, 763, 752, 747, 746, 738, 737, 736, 729, 547, 541, 520, 513, 497, 489, 487, 479, 478, 429, 412, 373, 372, 362, 338. 337, 336, 335, 334, 333, 332, 331, 329, 315, 310, 309, 308, 305, 303, 302, 290, 222, 221, 220, 219, 218, 217, 212, 211, 210, 208, 206, 205, 204, 201, 200, 199, 196, 194, 190, 187, 186, 149, 148, 142, and 140) | |
| | | | | | **All filings in the bankruptcy case file**, specifically including, the Liquidating Trust Agreement (ECF No. 914), Order Confirming Plan (ECF No. 882), Plan, as amended (ECF Nos. 812, 602, and 342, Disclosure Statement, as amended (ECF Nos. 811, 601, and 341), Settlement Documents  (ECF No. 948, 894, 882, 819, 810, 808, 807, 806, 632, 632, 523, 415, 92, and 73), Filings related to Motion to Disqualify (ECF No. 539, 517, and 400) | |
| | | | | | **Declarations or affidavits filed in advance of or offered at hearing.** | |
| | | | | | **Any other evidence introduced at the hearing** (to be noted below). | |

1

| | | | | | |
|---|---|---|---|---|---|
| **Exhibit List – Continuation** | | | | | |
| **Mov. No.** | **Resp. No.** | **Date Offered** | **Marked** | **Admitted** | **Description of Exhibits*** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

The Liquidating Trustee reserves all rights to amend or supplement this exhibit list as permitted by the Court.

Dated: April 12, 2019                    Respectfully submitted,

BERGER SINGERMAN LLP                   NELSON MULLINS BROAD AND CASSEL
*Co-Counsel for Liquidating Trustee*   *Co-Counsel for Liquidating Trustee*
313 North Monroe Street, Suite 301     100 S.E. 3rd Avenue, Suite 2700
Tallahassee, FL 32301                  Ft. Lauderdale, FL 33394
Tel. (850) 561-3010                    Tel. (954) 764-7060
Fax (850) 561-3013                     Fax (954) 761-8135

By: */s/Brian G. Rich*                 By: */s/ Gary M. Freedman*
    Brian G. Rich                          Frank P. Terzo
    Florida Bar No. 38229                  Florida Bar No. 906263
    brich@bergersingerman.com              frank.terzo@nelsonmullins.com
    Michael J. Niles                       Gary M. Freedman
    Florida Bar No. 107203                 Florida Bar No. 72760
    mniles@bergersingerman.com             gary.freedman@nelsonmullins.com
                                           Michael D. Lessne
                                           Florida Bar No. 73881
                                           michael.lessne@nelsonmullins.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, I electronically filed this motion with the clerk of the court using CM/ECF, which is serving the document (and all exhibits) via transmission of Notices of Electronic Filing to those counsel or parties who are authorized to receive such notices.

By:  /s/Brian G. Rich
      Brian G. Rich
      Florida Bar No. 38229
      brich@bergersingerman.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

**CM/ECF SERVICE LIST**

- Yussuf Abdel-aleem   john.wisiackas@aleemlaw.com
- Philip Alan Bates   pbates@philipbates.net, swalton@philipbates.net;abridges@philipbates.net;dwatts@philipbates.net
- Russell M. Blain   rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Jason B. Burnett   jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com
- Seldon J. Childers   jchilders@smartbizlaw.com, ellen.lord@smartbizlaw.com;jkirkconnell@smartbizlaw.com;documents@prodoxprep.com;childers@ecf.courtdrive.com
- William H. Crawford   bkry@tcslawfirm.net, william@tcslawfirm.net;sam@tcslawfirm.net
- Daniel Charles Curth   danc@goldmclaw.com, mattm@goldmclaw.com;haroldi@goldmclaw.com;seanw@goldmclaw.com
- Michael Patrick Dickey   mdickey@barronredding.com, creynolds@barronredding.com;chodges@barronredding.com

3

- Jodi Daniel Dubose   jdubose@srbp.com,
  lhathaway@srbp.com;jdubose.ecf@srbp.com
- Ashlea Ann Edwards   ashlea.edwards@gray-robinson.com
- Jason H. Egan   jason.h.egan@usdoj.gov
- Katherine Fackler   katherine.fackler@akerman.com,
  Jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
- Gary M. Freedman   gfreedman@broadandcassel.com
- Kathryn Michelle Jordan   michelle@blankenshipjordanpa.com,
  service@blankenshipjordanpa.com
- Matthew Ian Kramer   mkramer@wwhgd.com, mesteva@wwhgd.com
- Michael D. Lessne   Michael.lessne@nelsonmullins.com,
  Jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
- Pamela Marsh   pmarsh@ausley.com, sshaffer@ausley.com
- Kenneth G. M. Mather   kmather@gunster.com,
  tkennedy@gunster.com;mweaver@gunster.com
- Courtney A. McCormick   cmccormick@mcguirewoods.com,
  flservice@mcguirewoods.com
- Ronald A. Mowrey   rmowrey@mowreylaw.com, firm@mowreylaw.com
- Michael J Niles   mniles@bergersingerman.com,
  Charlee.loree@nelsonmullins.com
- Nicole Mariani Noel   bankruptcynotices@kasslaw.com,
  nmnoel@ecf.courtdrive.com
- Geoffrey J. Peters   gpeters@weltman.com, colnationalecf@weltman.com
- Brian G. Rich   brich@bergersingerman.com,
  efile@bergersingerman.com;bwalter@bergersingerman.com;efile@ecf.inforuptcy.com
- JAMES D. SILVER   jsilver@kelleykronenberg.com,
  raldama@kelleykronenberg.com
- Frank Paul Terzo   frank.terzo@nelsonmullins.com,
  Jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
- United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
- Adam M Walters   awalters@walterslawpc.com
- Sarah St John Walton   swalton@philipbates.net,
  pbates@philipbates.net;wwest@philipbates.net;abridges@philipbates.net
- Alan Weiss   alan.weiss@hklaw.com, lynette.mattison@hklaw.com
- David Luther Woodward   woodlaw@bellsouth.net,
  thetexasnole@bellsouth.net