UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                                    Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL        Chapter 11
CORPORATION,

     Debtor.

_____/

**LIQUIDATING TRUSTEE'S NOTICE OF FILING AMENDED EXHIBIT "A" TO LIQUIDATING TRUSTEE'S OMNIBUS MOTION TO COMPEL SUBPOENAED PARTIES TO PRODUCE DOCUMENTS, AND FOR CONTEMPT AND SANCTIONS**

Marshall Glade (the "Liquidating Trustee"), as Trustee of the Campbellton-Graceville Hospital Liquidating Trust, by and through his counsel, hereby files the attached Amended Exhibit "A" to the *Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions* [ECF No. 985] (the "Motion to Compel"). The attached Amended Exhibit "A" amends and replaces the Exhibit "A" that was attached to the Motion to Compel

9037928-1                                               1

as filed on April 11, 2019.

Dated: April 16, 2019                    Respectfully submitted,

BERGER SINGERMAN LLP                     NELSON MULLINS BROAD AND CASSEL
*Co-Counsel for Liquidating Trustee*     *Co-Counsel for Liquidating Trustee*
313 North Monroe Street, Suite 301       100 S.E. 3rd Avenue, Suite 2700
Tallahassee, FL 32301                    Ft. Lauderdale, FL 33394
Tel. (850) 561-3010                      Tel. (954) 764-7060
Fax (850) 561-3013                       Fax (954) 761-8135

By:  /s/ *Brian G Rich*                  By: /s/ *Frank P. Terzo*
    Brian G Rich                               Frank P. Terzo
    Florida Bar No. 38229                      Florida Bar No. 906263
    brich@bergersingerman.com                  frank.terzo@nelsonmullins.com
    Michael J. Niles                           Gary M. Freedman
    Florida Bar No. 107203                     Florida Bar No. 72760
    mniles@bergersingerman.com                 gary.freedman@nelsonmullins.com
                                               Michael D. Lessne
                                               Florida Bar No. 73881
                                               michael.lessne@nelsonmullins.com

9037928-1                          2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the 16th day of April, 2019, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: /s/ *Brian G Rich*

Brian G Rich
Florida Bar No. 38229
brich@bergersingerman.com

9037928-1                                        3

## CM/ECF SERVICE LIST

- Yussuf Abdel-aleem   john.wisiackas@aleemlaw.com
- Philip Alan Bates   pbates@philipbates.net, swalton@philipbates.net;abridges@philipbates.net;dwatts@philipbates.net
- Russell M. Blain   rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Jason B. Burnett   jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com
- Seldon J. Childers   jchilders@smartbizlaw.com, ellen.lord@smartbizlaw.com;jkirkconnell@smartbizlaw.com;documents@prodoxprep.com;childers@ecf.courtdrive.com
- William H. Crawford   bkry@tcslawfirm.net, william@tcslawfirm.net;sam@tcslawfirm.net
- Daniel Charles Curth   danc@goldmclaw.com, mattm@goldmclaw.com;haroldi@goldmclaw.com;seanw@goldmclaw.com
- Michael Patrick Dickey   mdickey@barronredding.com, creynolds@barronredding.com;chodges@barronredding.com
- Jodi Daniel Dubose   jdubose@srbp.com, lhathaway@srbp.com;jdubose.ecf@srbp.com
- Ashlea Ann Edwards   ashlea.edwards@gray-robinson.com
- Jason H. Egan   jason.h.egan@usdoj.gov
- Katherine Fackler   katherine.fackler@akerman.com, Jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
- Gary M. Freedman   gfreedman@broadandcassel.com
- Kathryn Michelle Jordan   michelle@blankenshipjordanpa.com, service@blankenshipjordanpa.com
- Matthew Ian Kramer   mkramer@wwhgd.com, mesteva@wwhgd.com
- Michael D. Lessne   Michael.lessne@nelsonmullins.com, Jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
- Pamela Marsh   pmarsh@ausley.com, sshaffer@ausley.com
- Kenneth G. M. Mather   kmather@gunster.com, tkennedy@gunster.com;mweaver@gunster.com
- Courtney A. McCormick   cmccormick@mcguirewoods.com, flservice@mcguirewoods.com
- Ronald A. Mowrey   rmowrey@mowreylaw.com, firm@mowreylaw.com
- Michael J Niles   mniles@bergersingerman.com, Charlee.loree@nelsonmullins.com

9037928-1

- Nicole Mariani Noel   bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- Geoffrey J. Peters   gpeters@weltman.com, colnationalecf@weltman.com
- Brian G. Rich   brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;efile@ecf.inforuptcy.com
- JAMES D. SILVER   jsilver@kelleykronenberg.com, raldama@kelleykronenberg.com
- Frank Paul Terzo   frank.terzo@nelsonmullins.com, Jennifer.phillips@nelsonmullins.com;lisa.negron@nelsonmullins.com
- United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
- Adam M Walters   awalters@walterslawpc.com
- Sarah St John Walton   swalton@philipbates.net, pbates@philipbates.net;wwest@philipbates.net;abridges@philipbates.net
- Alan Weiss   alan.weiss@hklaw.com, lynette.mattison@hklaw.com
- David Luther Woodward   woodlaw@bellsouth.net, thetexasnole@bellsouth.net

9037928-1                                                          5

## AMENDED EXHIBIT "A"

9037928-1

6

Amended Exhibit "A" to Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions (ECF No. 985)

| No. | Physician (Last Name) | Physician (First Name) | Address | City | State | Zip code | Date of Service of Subpoena |
|---|---|---|---|---|---|---|---|
| 1 | Abe-Lathan, | Moboluwade | 1 Medical Drive | Benson, | NC | 27504-1177 | 2/15/2019 |
| 2 | Adams, | Richard M. | 1008 Paluxy Rd | Granbury | TX | 76048-2397 | 2/15/2019 |
| 3 | Aggarwal, | Rinkoo | 13328 Shelbyville Rd | Louisville | KY | 40223-3936 | 2/14/2019 |
| 4 | Alim, | Tanya N. | 2041 Georgia Avenue NW | Washington, | DC | 20060-0001 | 2/15/2019 |
| 5 | Allison, | Kimberly | 600 N Hiatus Road, Suite 203 | Pembroke Pines | FL | 33026-5207 | 2/14/2019 |
| 6 | Altobelli, | Eva | 50 W Hawthorne Avenue | Valley Stream | NY | 11580-6220 | 2/14/2019 |
| 7 | Aminzadeh, | Arastou | 239 S La Cienega Blvd., Suite 210 | Beverly Hills | CA | 90211-3328 | 2/11/2019 |
| 8 | Antoine, | Robert | 2501 N Commercial Blvd., Suite 211 | Fort Lauderdale | FL | 33308 | 2/11/2019 |
| 9 | Arene, | Ifeoma N. | 12828 Willow Ctr, Suite E | Houston | TX | 77066-3043 | 2/14/2019 |
| 10 | Aristorenas, | Wanda | 1860 Wayne Road | Savannah | TN | 38372-5148 | 2/14/2019 |
| 11 | Armour, | Susan | 6817 Southpoint Parkway 2402 | Jacksonville | FL | 32216-6282 | 2/14/2019 |
| 12 | Arredondo, | Adam G. | 128 N Highway 77 | Waxahachie | TX | 75165-1800 | 2/11/2019 |
| 13 | Bailey, | Brenda D | 1540 Appling Care Ln Ste 105 | Cordova | TN | 38016-4957 | 2/15/2019 |
| 14 | Barnes, | Victor | 472D Western Blvd. | Jacksonville | NC | 28546-6824 | 2/14/2019 |
| 15 | Barnes, | Norman A. | 726 E Lamar Alexander Pkwy | Maryville | TN | 37804-5004 | 2/15/2019 |
| 16 | Battista, | David R. | 225 S Center Ave Room 433 | Somerset | PA | 15501-2033 | 2/14/2019 |
| 17 | Beauchamp, | D'livro | 4705 Woodmere Blvd. | Montgomery | AL | 36106-3078 | 2/15/2019 |
| 18 | Bell, | David A. | 3931 Highway 78 W Ste B-100 | Snellville | GA | 30039-3907 | 2/15/2019 |
| 19 | Berios, | Angelis | 3931 Highway 78 W Ste B-100 | Snellville | GA | 30039-3907 | 2/15/2019 |
| 20 | Berman, | Lawrence D | 4535 Winters Chapel Rd Ste 100 | Atlanta | GA | 30360-2705 | 2/15/2019 |
| 21 | Bernstein, | Jay G. | 4136 N 75th Ave #116 | Phoenix | AZ | 85033-3100 | 2/15/2019 |
| 22 | Bishara, | Michael | 6896 Magnolia Avenue | Riverside | CA | 92506-2843 | 2/11/2019 |
| 23 | Boatwright, | Roger W. | 1880 Kenneth Road, Suite 3 | York | PA | 17408-6344 | 2/14/2019 |
| 24 | Bogrov, | Moira | Department of Psychiatry 2401 W Belvedere Ave | Baltimore | MD | 21215-5216 | 2/11/2019 |
| 25 | Bowenbrown, | Taisha | 1 Medical Drive | Benson, | NC | 27504-1177 | 2/15/2019 |
| 26 | Boyer, | Michael F. | 4 E Clark Bass Blvd., Suite # 205 | McAlester | OK | 74501-4285 | 2/14/2019 |
| 27 | Brinkley, | Joseph C. | 5645 Lafayette Road | Indianapolis, | IN, | 46254-1011 | 2/15/2019 |
| 28 | Brown, | Jack H. | 401 East Broadway, Suite A | Sand Springs | OK | 74063 | 2/15/2019 |
| 29 | Bunyi, | Patrick P. | 7307 N Main Street | Jacksonville | FL | 32208-4123 | 2/14/2019 |
| 30 | Burwell, | Joel B. | 9344 Three Rivers Road | Gulfport, | MS | 39503-4268 | 2/15/2019 |
| 31 | Buzan, | Erik-Brandon C. | 8520 E Shea Blvd., Ste 100 | Scottsdale | AZ | 85260-6677 | 2/14/2019 |
| 32 | Campbell, | Avril | 1520 Grays Highway | Ridgeland | SC | 29936-5440 | 2/14/2019 |
| 33 | Campbell, | Diane | 808 Hadley Avenue | Old Hickory | TN | 37138-3121 | 2/14/2019 |
| 34 | Chan, | Johol C | 7210 McPherson Ave Suite 120 | Laredo | TX | 78041-6507 | 2/14/2019 |
| 35 | Chidambaram, | Palaniappan | 5251 NE Glisan St Bldg A, 2nd Floor | Portland | OR | 97213 | 2/14/2019 |
| 36 | Clark, | Jelunder W. | 990 Bear Creek Blvd., Suite G | Hampton | GA | 30228-1864 | 2/14/2019 |
| 37 | Clark, | Yvonne Y. | 1550 Yankee Park Pl., Ste A | Centerville, | OH | 45458-1838 | 2/15/2019 |
| 38 | Clement, | Kira | 77 Starbrush Circle | Covington, | LA | 70433-7209 | 2/15/2019 |
| 39 | Cohen, | Howard M. | 4004 Worth Street, Suite 300 | Dallas | TX | 75246-1607 | 2/14/2019 |
| 40 | Collins, | Rodney | 8484 Wilshire Blvd., Suite 200 | Beverly Hills | CA | 90211-3235 | 2/11/2019 |

Amended Exhibit "A" to Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions (ECF No. 985)

| No. | Physician (Last Name) | Physician (First Name) | Address | City | State | Zip code | Date of Service of Subpoena |
|---|---|---|---|---|---|---|---|
| 41 | Copley, | Vallie J. | 6613 N Meridian Avenue | Oklahoma City | OK | 73116-1423 | 2/14/2019 |
| 42 | Costello, | Lloyd | 1902 Royalty Drive, Suite 130 | Pomona | CA | 91767-3030 | 2/15/2019 |
| 43 | Cruz, | Francisco U. | 721 E Atlantic Blvd., | Pompano Beach | FL | 33060-6345 | 2/11/2019 |
| 44 | Dalehite-Stringfellow, | Julie E. | 4958 Navy Road | Millington | TN | 38053-2066 | 2/14/2019 |
| 45 | Daley, | Andrew | 17913 Bahama Isle Drive | Tampa | FL | 33647-2777 | 2/15/2019 |
| 46 | Davenport | Lana | 2201 Lexington Avenue | Ashland | KY | 41101-2843 | 2/14/2019 |
| 47 | Davis, | Randy J. | 2201 Lexington Avenue | Ashland | KY | 41101-2843 | 2/14/2019 |
| 48 | Davis, | William | 5700 Lake Worth Road, Ste 204 | Greenacres | FL | 33463-4727 | 2/15/2019 |
| 49 | Davis, | Jerry B. | 5700 Lake Worth Road, Ste 204 | Greenacres | FL | 33463-4727 | 2/15/2019 |
| 50 | Desanto, | Joseph | 230 E 17th Street, Suite 200 | Costa Mesa | CA | 92627-3824 | 2/11/2019 |
| 51 | Dickson, | Loretta | 281 E Main Street | Forest City | NC | 28043-3126 | 2/11/2019 |
| 52 | Doonan, | Bryan | 360 San Miguel Drive, Suite 107, Suite 307 | Newport Beach | CA | 92660-7815 | 2/15/2019 |
| 53 | Downes, | Kevin | 2400 Eastpoint Park Blvd Ste 100 | Louisville | KY | 40223 | 2/14/2019 |
| 54 | Duffy, | Karen B. | 1210 Briarville Road Blding B | Madison, | TN | 37115 | 2/15/2019 |
| 55 | Edison, | Rhonda V. | 145 N Curtis Ave | Pea Ridge | AR | 72751-3407 | 2/14/2019 |
| 56 | Ekwenchi, | Anthony U. | 2329 Luther Terrace | Marietta | GA | 30064-4285 | 2/15/2019 |
| 57 | Elangwe, | Philip D | 2420 Rogers Ave | Fort Smith | AR | 72901-4164 | 2/14/2019 |
| 58 | Fahmy, | Abdel | 600 W Fulton Street, Suite 200 | Chicago | IL | 60661-1259 | 2/15/2019 |
| 59 | Farmer, | Richard G. | 1355 B Lynnfield Road, Suite 158 | Memphis | TN | 38119 | 2/15/2019 |
| 60 | Fawibe, | Oladapo O. | 811 13th Street, Suite 11 | Augusta | GA | 30901-2700 | 2/14/2019 |
| 61 | Ferguson, | Carl E. | 3049 E Mckellips Road, Suite # 5 | Mesa | AZ | 85213-3144 | 2/14/2019 |
| 62 | Fitzgerald, | Thomas M. | 903 Northeast Drive, Suite 300 | Davidson, | NC | 28036 | 2/14/2019 |
| 63 | Fleszar, | Melissa A. | 2198 US 31 S | Manistee | MI | 49660-9618 | 2/15/2019 |
| 64 | Fong, | Robert | 300 S O'Connor Road | Irving | TX | 75060-2951 | 2/14/2019 |
| 65 | Ford, | Robert E. | 2828 S Tamiami Trl | Sarasota | FL | 34239-5103 | 2/14/2019 |
| 66 | Frenzel, | Clayton | 1000 North Davis Drive Suite B | Arlington | TX | 76012 | 2/14/2019 |
| 67 | Gardner, | Steven | 2342A Bluestone Hills Drive | Harrisonburg | VA | 22801 | 2/14/2019 |
| 68 | Gonzalez, | Pedro J. | 31 Calle Jose De Diego | Ciales | PR | 00638-3229 | 2/11/2019 |
| 69 | Graves , | Brooks J. | 35 Society Street #7 | Charleston | SC | 29401-1607 | 2/14/2019 |
| 70 | Green, | Phillip E. | 6005 Park Avenue, Ste 502 | Memphis | TN | 38119-5215 | 2/14/2019 |
| 71 | Green-Mack, | Thelma L. | 3850 Shore Drive Suiote 105 | Indianapolis | IN | 46254-5621 | 2/14/2019 |
| 72 | Hadi, | Mohammed | 100 Jerusalem Avenue | Levittown, | NY | 11756-3718 | 2/15/2019 |
| 73 | Hahn, | Philip J. | 5606 Summerhill Road | Texarkana | TX | 75503 | 2/14/2019 |
| 74 | Hale, | Gerald R. | 2448 E 81st Street, Suite 363 | Tulsa | OK | 74137-4250 | 2/14/2019 |
| 75 | Hall, | Mike S. | 555 N Woodlawn Street, Ste 102 | Wichita | KS | 67208-3671 | 2/15/2019 |
| 76 | Haney, | Bill W. | 4201 Springhurst Blvd., Ste 102 | Louisville | KY | 40241 | 2/11/2019 |
| 77 | Hart, | Deborah | 10241 Champion Farms Drive | Louisville | KY | 40241-6150 | 2/14/2019 |
| 78 | Hathorn, | Alfred W. | 2120 Bert Kouns Loop, Ste L | Shreveport | LA | 71118-3355 | 2/14/2019 |
| 79 | Hauser, | Donald E. | 5959 West Loop S, Suite 600 | Bellaire | TX | 77401-2421 | 2/11/2019 |
| 80 | Heher, | Julie S. | 130 Division Street | Derby | CT | 06418-1326 | 2/14/2019 |
| 81 | Hernandez, | Mark Antonio | 2387 W 68th Street, Suite 303 | Hialeah | FL | 33016-6889 | 2/15/2019 |

Amended Exhibit "A" to Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions (ECF No. 985)

| No. | Physician (Last Name) | Physician (First Name) | Address | City | State | Zip code | Date of Service of Subpoena |
|---|---|---|---|---|---|---|---|
| 82 | Horne, | Gaylyn M. | 7067 Veterans Parkway, Suite 210 | Pell City | AL | 35125 | 2/15/2019 |
| 83 | Howe, | Charles | 1210 Medical Arts Blvd., Suite 114 | Anderson | IN | 46011-3442 | 2/14/2019 |
| 84 | Hummel, | Rick | 11155 Dunn Road, Suite 201N | St. Louis | MO | 63136 | 2/15/2019 |
| 85 | Jackson, | Roosevelt T. | 133 N State Road 7 | Plantation | FL | 33317 | 2/14/2019 |
| 86 | Jawahir, | Mark E. | 1759 1763 US Hwy 27 South | Sebring | FL | 33870 | 2/14/2019 |
| 87 | Jingo, | Ahmad K. | 3424 Flat Shoals Road | Decatur | GA | 30034-6525 | 2/14/2019 |
| 88 | Jobalia, | Neil B. | 3145 Hamilton Mason Road, Suite 201 | Hamilton | OH | 45011-8557 | 2/14/2019 |
| 89 | Johnson, | John H. | 300 E Walnut Avenue | Altoona | PA | 16601-5210 | 2/14/2019 |
| 90 | Jowers, | Allison D. | 216 W Main Street | Steele | MO | 63877-1436 | 2/15/2019 |
| 91 | June, | Alan M. | 4782 N First Ave., Ste 170 The Pain Institute Of Southern Arizona Pisa, PC | Tucson | AZ | 85718 | 2/14/2019 |
| 92 | Kaplan, | Matthew A | 170 Deepwood Drive, Suite 102 | Round Rock | TX | 78681-4944 | 2/14/2019 |
| 93 | Latif, | Jawaid | 2201 Lexington Ave Attn: Patty Daniels | Ashland | KY | 41101-2843 | 2/14/2019 |
| 94 | Ledoux, | Mark A | 17051 Dallas Pkwy Ste 300 | Addison, | TX | 75001-7105 | 2/15/2019 |
| 95 | Lemmons, | Barbara J. | 120 Executive Park | Louisville | KY | 40207-4201 | 2/14/2019 |
| 96 | Lewis, | Jason C. | 222 S 1st Street, Suite 300 | Louisville | KY | 40202-5404 | 2/14/2019 |
| 97 | Lloyd, | Preston | 2450 S Telshor Blvd | Las Cruces | NM | 88011-5069 | 2/14/2019 |
| 98 | Lockett, | Ricky P. | 1501 5th Ave N | St. Petersburg | FL | 33705-2008 | 2/14/2019 |
| 99 | Loerke, | Timothy J. | 13151 Magisterial Drive, Ste 200 | Louisville | KY | 40223-4103 | 2/14/2019 |
| 100 | Long, | Jeffery | 42320 Highway 195 | Haleyville | AL | 35565 | 2/15/2019 |
| 101 | Lopez, | Gabriel | 3825 S Padre Island Drive | Corpus Christi | TX | 78415-2913 | 2/15/2019 |
| 102 | Luttrell, | Mark | 865 Poplar Ave | Memphis | TN | 38105-4608 | 2/15/2019 |
| 103 | Madsen, | Terry D | 3009 E Renner Rd Suite 100 | Richardson | TX | 75082-3571 | 2/14/2019 |
| 104 | Magro, | Todd K. | 2179 Ashley Phosphate Road, Ste B | North Charleston | SC | 29406 | 2/14/2019 |
| 105 | Malik, | Mansoor | 2401 Georgia Avenue | Washington | DC | 20060-0001 | 2/15/2019 |
| 106 | Martin, | Thomas Wade | 2010 Patton Chapel Road, Suite 200 | Hoover | AL | 35216-5782 | 2/14/2019 |
| 107 | McEwen, | Luther M. | 1515 Mockingbird Lane, Suite 540 | Charlotte | NC | 28209-3297 | 2/15/2019 |
| 108 | McGinnis, | James M. | 8046 Ohio River Road Suite A | Wheelersburg | OH | 45694 | 2/15/2019 |
| 109 | McWhirter, | Gail | 463142 State Road 200 | Yulee | FL | 32097-5554 | 2/14/2019 |
| 110 | Messenger, | Mark T. | 1043 Washington Road | Thomson | GA | 30824-7318 | 2/14/2019 |
| 111 | Meyerowitz, | Arnold H. | 6245 W Chandler Blvd., Suite E4 | Chandler | AZ | 85226-3443 | 2/15/2019 |
| 112 | Mhatre, | Vijay R | 6001 SW 6th Avenue, Ste 320 | Topeka | KS | 66615-1011 | 2/14/2019 |
| 113 | Missouri, | Shairko | 1020 Thompson Street | Jersey Shore | PA | 17740-1729 | 2/15/2019 |
| 114 | Mitchell, | Carl Issac | 7201 Brookfield Road | Columbia | SC | 29223-2215 | 2/14/2019 |
| 115 | Morris, | Richard R. | 320 Whittington Pkwy, Suite 301 | Louisville | KY | 40222-4928 | 2/15/2019 |
| 116 | Murray, | Thomas R. | 8563 Argyle Business Loop Ste 2 | Jacksonville | FL | 32244-6613 | 2/15/2019 |
| 117 | Murray-Taylor, | Faith | 700 S Penn Avenue | Bartlesville | OK | 74003-3847 | 2/14/2019 |
| 118 | Nadeem, | Shah | 2201 Lexington Avenue | Ashland | KY | 41101-2843 | 2/14/2019 |
| 119 | Naficy, | K. Mitchell | 27512 Calle Arroyo, Suite A | San Juan Capistrano | CA | 92675-2753 | 2/11/2019 |
| 120 | Nardone, | Vincent | 7101 Jahnke Road | Richmond | VA | 23225-4017 | 2/15/2019 |
| 121 | Narvaez, | Juan C. | 601 E Rollins Street, Florida Hospital OB Specialists | Orlando | FL | 32803-1248 | 2/14/2019 |
| 122 | Nassef, | Ashraf S. | 4404 Glen Este Withamsville Road | Cincinnati | OH | 45245-1306 | 2/14/2019 |

**Amended Exhibit "A" to Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions (ECF No. 985)**

| No. | Physician (Last Name) | Physician (First Name) | Address | City | State | Zip code | Date of Service of Subpoena |
|---|---|---|---|---|---|---|---|
| 123 | Nelson, | Brian S. | 7977 Crampton Ln | Frisco, | TX | 75035-3161 | 2/15/2019 |
| 124 | Neubert, | Richard E | 378 Marketplace Drive, Suite 5 | Johnson City | TN | 37604-2361 | 2/14/2019 |
| 125 | Ochoa, | Ricardo A. | 632 N Ed Carey Drive, Suite 200 | Harlingen | TX | 78550-7508 | 2/14/2019 |
| 126 | Oge, | Brian T. | 410 N Main Street, Ste 2 | Nashville | AR | 71852-2000 | 2/14/2019 |
| 127 | Onishchuk, | Joseph | 2010 Old W Chester Pike Suite 330 | Havertown | PA | 19032 | 2/15/2019 |
| 128 | Pakdaman, | Mehrdad | 2170 Linnington Avenue | Los Angeles | CA | 90025 | 2/14/2019 |
| 129 | Palosky, D.O. | Eric | 4511 Sun N Lake Blvd., Suite 108 | Sebring | FL | 33872-2169 | 2/14/2019 |
| 130 | Parker, | Larry K. | 2315 E Mulberry Street | Angleton | TX | 77515-3804 | 2/14/2019 |
| 131 | Patel, | Nikhil K. | 2160 S 1st Avenue, Building 105, Room 1900 | Maywood | IL | 60153-3328 | 2/15/2019 |
| 132 | Patel, | Divya | 230 N Winstead Avenue | Rocky Mount | NC | 27804-2225 | 2/15/2019 |
| 133 | Patsamatla, | Kishore | 5205 Babcock St NE Suite 3 | Palm Bay | FL | 32905-4638 | 2/14/2019 |
| 134 | Pauley, | Janice L. | 1550 Yankee Park Pl | Dayton | OH | 45458-1868 | 2/14/2019 |
| 135 | Peters, | Lawrence H. | 4402 Churchman Ave Suite 404 | Louisville | KY | 40215-1190 | 2/15/2019 |
| 136 | Pinyard, | Joseph V. | 880 Boones Station Road | Johnson City | TN | 37615 | 2/14/2019 |
| 137 | Powell Jr., | Otis S. | 2391 Benjamin E Mays Dr SW, 2nd Floor, Suite A | Atlanta | GA | 30311-3233 | 2/14/2019 |
| 138 | Powell, | Mary | 519 Mt Pleasant Rd | Thomson | GA | 30824 | 2/14/2019 |
| 139 | Pyles, | Paul I. | 5004 Highway 39 North | Meridian, | MS | 39301 | 2/15/2019 |
| 140 | Quinones, | Marlon P. | 7526 Louis Pasteur Dr | San Antonio | TX | 78229-4001 | 2/14/2019 |
| 141 | Rasheed, | Atif | 130 W Ravine Road | Kingsport | TN | 37660-3837 | 2/14/2019 |
| 142 | Reyes, | Rosenberg A. | 320 West Woodlawn Avenue | Louisville | KY | 40214 | 2/14/2019 |
| 143 | Riggs, | Charrisa | 2875 W Ray Rd Ste 6-239 Suite 8 | Chandler, | AZ | 85224-3524 | 2/15/2019 |
| 144 | Robinson, | Deborah | 7305 N Military Trail Primary Care (110) | Riviera Beach | FL | 33410-7417 | 2/11/2019 |
| 145 | Rodriguez, | Barnie P | 1600 Se Main St Ste E | Roswell | NM | 88203-5423 | 2/15/2019 |
| 146 | Rodriguez, | Dirk I | 9080 Harry Hines Blvd 211 | Dallas | TX | 75235-1720 | 2/15/2019 |
| 147 | Rothstein, | Rodney | 7601 Southcrest Pkwy | Southaven | MS | 38671-4739 | 2/14/2019 |
| 148 | Rush, | Emily E. | 20045 N. 19th Ave Bldg 10, Suite 3 | Phoenix | AZ | 85027 | 2/15/2019 |
| 149 | Saadati, | Sonya S. | 1019 W Oakland Avenue, Suite 1 | Johnson City | TN | 37604-2357 | 2/14/2019 |
| 150 | Saidov, | Alik | 400 W Arbrook Blvd., Ste 330 | Arlington | TX | 76014-3174 | 2/15/2019 |
| 151 | Saleh, | Mervet K. | 1235 E Alex Bell Road | Dayton | OH | 45459-2658 | 2/14/2019 |
| 152 | Sams, | Bradley C. | 1001 N Halstead Road | Ocean Springs | MS | 39564-3121 | 2/14/2019 |
| 153 | Sanchez, | Mirel | 11486 Quail Roost Drive | Miami | FL | 33157-6575 | 2/14/2019 |
| 154 | Schmidt, | Lisa M. | 120 Executive Park | Louisville | KY | 40207 | 2/14/2019 |
| 155 | Schroth, | John A. | 1 Hospital Drive | Tyrone | PA | 16686-1810 | 2/14/2019 |
| 156 | Seidel, | Donald | 4136 N 75th Ave Ste 116 | Phoenix | AZ | 85033-3100 | 2/15/2019 |
| 157 | Shimkus, | Brian J | 11111 Research Blvd Ste. 450 | Austin | TX | 78759-5264 | 2/14/2019 |
| 158 | Singh, | Vinod | 16725 Race Track Road | Odessa | FL | 33556-3024 | 2/11/2019 |
| 159 | Skeen, | Melanie L. | 125 Horner Drive | Big Stone Gap | VA | 24219-8107 | 2/14/2019 |
| 160 | Slawson, | Lisa N | 3603 Bienville Blvd | Ocean Springs | MS | 39564-5702 | 2/15/2019 |
| 161 | Smith, | Reginald M. | 2345 Moody Parkway, Ste 204 | Moody | AL | 35004-3039 | 2/14/2019 |
| 162 | Solomon, | Eric D. | 1395 S Marietta Pkwy SE, Bldg 100, Ste 102 | Marietta | GA | 30067-4440 | 2/11/2019 |
| 163 | Sorin, | Brian D | 5425 W Spring Creek Pkwy, Suite 275 | Plano | TX | 75024-4236 | 2/15/2019 |

**Amended Exhibit "A" to Liquidating Trustee's Omnibus Motion to Compel Subpoenaed Parties to Produce Documents, and for Contempt and Sanctions (ECF No. 985)**

| No. | Physician (Last Name) | Physician (First Name) | Address | City | State | Zip code | Date of Service of Subpoena |
|---|---|---|---|---|---|---|---|
| 164 | Speigner, | Darla | 100 St Marys Epworth Xing Ste B100 | Newburgh | IN | 47630-9161 | 2/14/2019 |
| 165 | Stanley, | William D. | 23661 Pacific Coast Hwy # B | Malibu | CA | 90265-4825 | 2/11/2019 |
| 166 | Steen, | Vicki L. | 77 Starbrush Circle | Covington | LA | 70433 | 2/14/2019 |
| 167 | Steve, | Mynatt R | 2805 W Governor John Sevier Hwy | Knoxville | TN | 37920-5552 | 2/14/2019 |
| 168 | Stewart, | Laura A. | 7145 E Virginia Street | Evansville, | IN | 47715-9144 | 2/15/2019 |
| 169 | Sudeen-Paschall, | Noami I | 100 Covey Dr Suite 204 | Franklin | TN | 37067-5665 | 2/15/2019 |
| 170 | Thoma, | Richard B. | 2010 Patton Chapel Road, Suite 200 | Birmingham | AL | 35216-5782 | 2/14/2019 |
| 171 | Thompson, | Seth C. | 300 Valley Street NE | Abingdon | VA | 24210 | 2/14/2019 |
| 172 | Tonini, | Mary | 120 Executive Park | Louisville | KY | 40207-4201 | 2/14/2019 |
| 173 | Turner II, | Randall G. | 17782 Cowan Suite A | Irvine | CA | 92614-6030 | 2/14/2019 |
| 174 | Turner, | Charles L. | 1166 Country Club Ln Ste 11 | Fort Worth | TX | 76112-2388 | 2/15/2019 |
| 175 | Vance, | Jason R. | 277 Cohasset Road | Chico | CA | 95926 | 2/15/2019 |
| 176 | Vendryes, | Christopher G. | 9526 NE 2nd Avenue, Suite #101 | Miami Shores | FL | 33138-2750 | 2/15/2019 |
| 177 | Vilensky, | Leonid | 135 Sully Trail Suite:5 | Pittsford | NY | 14534 | 2/14/2019 |
| 178 | Waldman, | Robert | 4644 Lincoln Blvd., Suite 540 | Marina Del Rey | CA | 90292-6391 | 2/15/2019 |
| 179 | Walker, | Natasha | 4644 Villas Santorini Drive | Lake Worth | FL | 33461-5098 | 2/14/2019 |
| 180 | Walker, | Cynthia | 206 Burwash Avenue | Savoy | IL | 61874-9510 | 2/15/2019 |
| 181 | Warner, | Randy T. | 560 Thorton Road | Lithia Springs | GA | 30122 | 2/15/2019 |
| 182 | Wayment, | Matthew T. | 4020 W Florida Avenue | Hemet | CA | 92545-5279 | 2/14/2019 |
| 183 | Weaver, | Michelle C. | 219 E Central Street | Warren | AR | 71671-3405 | 2/14/2019 |
| 184 | Webb, | Susan E. | 9330 Parkwest Blvd, Suite 409 | Knoxville | TN | 37923 | 2/14/2019 |
| 185 | Wester, | Ashley | 2946 Jefferson Street | Marianna | FL | 32446-3140 | 2/14/2019 |
| 186 | White, | Keith | 300 Valley Street NE | Abingdon | VA | 24210-2912 | 2/14/2019 |
| 187 | White, | Jermaine | 3702 E Lake Drive | Corpus Christi | TX | 78414-2108 | 2/15/2019 |
| 188 | Williams, | Barry | 3000 Bethesda Pl., Suite 801 and 802 | Winston-Salem | NC | 27103-3331 | 2/14/2019 |
| 189 | Williams, | Mheja M. | 5604 Old Canton Road | Jackson | MS | 39211-4217 | 2/14/2019 |
| 190 | Williamson, | Merle | 11167 SE Valley View Terrace | Happy Valley | OR | 97086-9715 | 2/14/2019 |
| 191 | Winters, | Nicolaus D. | 7145 E Virginia Street | Evansville | IN | 47715-9144 | 2/14/2019 |
| 192 | Wisdom-Schapers, | Jennifer | 2 Professional Park Drive, Ste 15 | Johnson City | TN | 37604-6583 | 2/15/2019 |
| 193 | Woo, | Juan A. | 1500 Citywest Blvd Ste 300 | Houston | TX | 77042 | 2/15/2019 |
| 194 | Young, | Stephen K. | 7145 E Virginia Street | Evansville | IN | 47715-9144 | 2/14/2019 |
| 195 | Zhou, | Larry L. | 1230 S Hurstbourne Pkwy., Unit 120 | Louisville | KY | 40222-5757 | 2/14/2019 |