UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

IN RE:                                                          Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL
CORPORATION,                                                    Chapter 11

     Debtor.
_____/

**LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT AGREEMENT BETWEEN (I) THE
LIQUIDATING TRUST OF CAMPBELLTON-GRACEVILLE HOSPITAL
CORPORATION AND (II) JOSEPH T. LANDER A/K/A J.T LANDER;
AND (III) KIMBERLY LANDER**

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Brian G. Rich, Esq., Berger Singerman LLP, 313 North Monroe Street, Suite 301, Tallahassee, FL 32301, and any other appropriate person with the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

---

9129978-2

> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.**

The Liquidating Trustee, Marshall Glade (the **"Liquidating Trustee"**), by and through his undersigned counsel, hereby files this motion (the **"Motion"**) requesting this Court to enter an order, pursuant to section 105(a) of title 11 of the United States Code (the **"Bankruptcy Code"**) and Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**), authorizing and approving the terms of that certain *Settlement Agreement Between (I) The Liquidating Trust of Campbellton-Graceville Hospital Corporation; (II) Joseph T. Lander a/k/a J.T. Lander; and (III) Kimberly Lander* (the "Settlement Agreement")  attached hereto as **Exhibit "A"** by and between *the Liquidating Trust of Campbellton-Graceville Hospital Corporation ("Trust"); (II) Joseph T. Lander a/k/a J.T. Lander* ("J.T.")*; and (III) Kimberly Lander* (**"Kimberly"**) (collectively, J.T. and Kimberly shall be referred to as **"Lander"**, and, together with the Trustee, collectively, the **"Parties"**).  In support of this Motion, the Liquidating Trustee states as follows:

## I.    Jurisdiction and Statutory Predicate

1.    This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. § 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## II.      Background

4.      On May 5, 2017 (the **"Petition Date"**), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

5.      On November 5, 2018, the Bankruptcy Court entered the Confirmation Order confirming the Plan of Liquidation, pursuant to which the Liquidating Trust Agreement was made and the CGH Liquidating Trust was formed. Pursuant to the Plan of Liquidation and the Liquidating Trust Agreement, all claims and causes of action against Lander were transferred to the Liquidating Trust, and the Liquidating Trustee has been authorized to pursue such claims.

6.      The Liquidating Trustee asserts certain claims and causes of action against Lander relating to certain payments received by Lander emanating from the Debtor, among other things (the "**Lander Claims**").

7.      Lander specifically denies all of the Lander Claims and disputes that he owes any liability for the Lander Claims.

8.      Lander asserts claims and causes of action including, claims for outstanding compensation due to Lander in an amount exceeding $94,000.00 (the "**Compensation Claim**") against Jorge Perez, Empower H.I.S. LLC, and certain of

9129978-2

their agents, affiliates, beneficiaries, related entities, and successors (collectively, the "**Compensation Parties**").

9.      Lander represents and warrants that he has information, documents and personal knowledge that may be of use to the Liquidating Trustee in respect to claims that the Liquidating Trustee may have against Jorge Perez and Empower H.I.S. LLC (collectively, "**Empower**"), including claims that may arise out of the court-approved settlement with Empower H.I.S. LLC and Jorge Perez (*See* ECF Nos. 948 and 1007)(the "**Empower Claims**") and the Liquidating Trustee's investigation and prosecution of claims arising from the laboratory program that was operated out of the Debtor's hospital (the "**Laboratory Program**") (the "**Independent Claims**" and collectively with the Empower Claims, the "**Trustee Claims**").

### III.      Settlement Agreement

10.      The material terms of the Settlement Agreement are set forth below:[1]

**A.**      Lander assigns any and all of the Compensation Claims against the Compensation Parties to the Liquidating Trustee, effective upon the entry of an Order of the Bankruptcy Court approving this Agreement becoming final and nonappealable (the "Final Order") (the "Effective Date").

**B.**      Within 7 days from the full execution of this Agreement, J.T. shall meet with the Liquidating Trustee in the Miami office of Nelson Mullins Broad

---

[1] The following is a summary of the terms of the Settlement Agreement. The terms of the Settlement Agreement shall control, and parties are urged to review the Settlement Agreement for its complete terms.

9129978-2

and Cassel and provide full and complete information and documentation that he has in his possession, custody, or control that supports the Compensation Claim. Upon review of the information and documentation, if the Liquidating Trustee determines in his reasonable business judgment that the Compensation Claim has merit and is collectible, then following the Effective Date, the Liquidating Trustee shall use reasonable efforts to prosecute the Compensation Claim until such time as the Liquidating Trustee determines in his reasonable business judgment that the Compensation Claim should no longer be pursued.

**C.**      Within 7 days of the Liquidating Trustee agreeing to pursue the Compensation Claim pursuant to Section 10(B) above, Lander shall meet with the Liquidating Trustee's counsel at the Miami office of Nelson Mullins Broad and Cassel Office and provide full and complete information and documentation that he has in his possession, custody, or control: (a) regarding the Laboratory Program; (b) regarding the assets of Empower and any of their agents, affiliates, beneficiaries, related entities and individuals, and successors as requested by the Liquidating Trustee; and (c) regarding any of the Liquidating Trustee's actual and potential litigation targets related to or arising from the Laboratory Program, including, but not limited to, the defendants that are the subject of adversary proceedings filed by the Liquidating Trust. At all times following the full execution of this Agreement, Lander shall provide full and complete assistance to the Liquidating Trustee in all manners requested by the Liquidating Trustee,

including with respect to the Compensation Claim and (a)-(c) of this paragraph.[2] The Liquidating Trust agrees to reimburse J.T. for his actual costs and reasonable fees for attending any meeting outside of Miami-Dade County which is related solely to the Trustee's Claims.

**D.** If the Liquidating Trustee receives (a) a judgment on the Compensation Claim (the **"Compensation Judgment"**) and (b) a judgment on the Empower Claims (the **"Empower Judgment"**), then the proceeds from the collection against the judgment debtors shall be allocated between the Compensation Judgment and the Empower Judgment with the Compensation Judgment allocated 10% of the proceeds and applied as provide by Paragraph 2.5 of this Agreement, and the Empower Judgment allocated 90% of the proceeds until the Compensation Judgment is paid in full.

**E.** The proceeds allocated to the Compensation Judgment shall be applied to the Compensation Judgment in the following priorities: (a) to be allocated 75% to Lander (**"Lander's Distribution"**); and (b) 25% to the Liquidating Trustee for payment of the Liquidating Trustee's attorneys' contingent fee.

**F.** Upon the Effective Date, the Liquidating Trustee releases and forever discharges Lander from any and all manner of action or actions, cause or

---

[2] J.T. has already represented that he has provided the Liquidating Trustee with all information and documents in his possession with respect to Cadira Labs, LLC; Serodynamics, LLC; Beau Gertz; and Assurance Scientific Laboratories, LLC or any of their agents, affiliates, beneficiaries, related entities and individuals, and successors.

causes of action, in law or in equity, suits, debts, liens, contracts (express, implied in fact, or implied by law), agreements, promises, liabilities, claims, set offs, rights and claims for indemnity and/or contribution, refunds, overpayments, demands, damages, losses, costs, or expenses, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, which the Liquidating Trustee now has or may hereafter have by reason of any matter, cause, or thing whatsoever from the beginning of time to the Effective Date. Notwithstanding the above, or any other provisions of this instrument, this Agreement shall not affect, discharge, or release any claims, known or unknown, which arise from or relate to the rights or obligations of Lander, whether presently existing or subsequently accruing, with respect to the obligations created by or arising out of the provisions of this Agreement.

**G.** Upon the Effective Date, Lander releases and forever discharges the Liquidating Trustee and his agents, employees, legal representatives, professionals, assigns, successors, and predecessors from any and all manner of action or actions, cause or causes of action, in law or in equity, suits, debts, liens, contracts (express, implied in fact, or implied by law), agreements, promises, liabilities, claims, set offs, rights and claims for indemnity and/or contribution, refunds, overpayments, demands, damages, losses, costs, or expenses, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, which Lander now has or may hereafter have by reason of any

9129978-2

matter, cause, or thing whatsoever from the beginning of time to the Effective Date. Notwithstanding the above, or any other provisions of this instrument, this Agreement shall not affect, discharge, or release any claims, known or unknown, which arise from or relate to the rights or obligations of the Liquidating Trustee, whether presently existing or subsequently accruing, with respect to the obligations created by or arising out of the provisions of this Agreement.

## IV.    Relief Requested and Basis Therefor

11.    Rule 9019(a) of the Bankruptcy Rules, which governs the approval of compromises and settlements, provides, in part, that: "[o]n motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." Bankruptcy Rule 9019(a). "It has long been the law that approval of a settlement in a bankruptcy proceeding is within the sound discretion of the court, and will not be disturbed or modified on appeal unless approval in an abuse of discretion". *In re Litten*, 2007 WL 2020159, at *1 (Bankr. S.D. Fla. July 5, 2007) (citing *In re Arrow Air, Inc.*, 85 B.R. 886, 890-891 (Bankr. S.D. Fla. 1988)).

12.    There is a general policy encouraging settlements and favoring compromises in chapter 11 cases. *In re Bicoastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993) (recognizing that the law favors compromise of disputes); *see also Myers v. Martin (In re Martin)*, 91 F.3d 389, 394 (3d Cir. 1996); *Florida Trailer and Equip. Co. v. Deal*, 284 F.2d 567, 571 (5th Cir. 1960).  In fact, some courts have held that a proposed settlement should be approved unless it yields less than the lowest

9129978-2

amount that the litigation could reasonably produce. *In re Holywell Corp.*, 93 B.R. 291, 294 (Bankr. S.D. Fla. 1988).

13.    The United States Supreme Court requires that all court-approved settlements must be "fair and equitable" before they can be approved by the court. *See Protective Comm. for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968). To help establish whether a settlement is fair and equitable, courts located in the Eleventh Circuit look to a four factor test identified in *Wallis v. Justice Oaks, II Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990), including: (i) the probability of success in litigation; (ii) the difficulties, if any, to be encountered in the matter of collection; (iii) the complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and (iv) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *Id.*

14.    It is not necessary for a bankruptcy court to explicitly consider all four *Justice Oaks'* factors when approving a proposed settlement. *Chira v. Saal et al. (In re Chira)*, 567 F.3d 1307, 1313 (11th Cir. 2009) (affirming bankruptcy court's approval of settlement agreement where bankruptcy court explicitly evaluated only two of the four *Justice Oaks* factors). In determining whether to approve a compromise, a bankruptcy court is not obligated to actually rule on the merits of the various claims, only the probability of succeeding on those claims or conduct a "mini trial" on the merits of the underlying cause of action. *In re Van Diepen, P.A.*, 236 F.

Appx. 498, 503 (11th Cir. 2007); *U.S. v Alaska National Bank of the North (In the Matter of Walsh Construction, Inc.)*, 669 F.2d 1325, 1328 (9th Cir. 1982). Rather, courts consider the *Justice Oaks* factors to determine the fairness of a proposed settlement agreement. *Chira v. Saal et al. (In re Chira)*, 567 F.3d 1307, 1312-1313 (11th Cir. 2009).

15.    In ruling on a proposed compromise, a court should not substitute its own judgment for that of the trustee or debtor in possession. *See McMasters v. Morgan (In re Morgan)*, 2011 WL 3821103, at *1 (11th Cir. Aug. 29, 2011) (affirming bankruptcy court order approving "settlement because it was the Trustee's best business judgment that the settlement be approved"); *Myers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) ("under normal circumstances the court would defer to the trustee's judgment so long as there is a legitimate business justification."); *In re Purofied Down Prods. Corp.*, 150 B.R. 519, 522 (S.D.N.Y. 1993) ("The reviewing court need not conduct its own investigation concerning the reasonableness of the settlement and may credit and consider the opinion of the Trustee and counsel that the settlement is fair and equitable."). Nor is the Court's task to determine whether the settlement was the best that the trustee could have obtained. *See Cosoff v Rodman (In re W.T. Grant)*, 699 F.2d 599, 608, 613 (2d Cir.), *cert. denied* 464 U.S. 822, 104 S. Ct. 89, 78 L. Ed.2d 97 (1983). Rather, the Court should "canvass the issues and see whether the settlement fall[s] below the lowest point in the range of reasonableness." *Id*. at 608; *see also In re Bell & Beckwith*, 87 B.R. 472, 474 (N.D. Ohio 1987).

16.     The Settlement Agreement meets each of the criteria set forth by the courts for approving settlements and compromises.   After extensive discussions and negotiations, the Parties have agreed to the Settlement Agreement whereby the Trust will receive valuable information related its claims against Jorge Perez, Empower H.I.S. LLC and the Lab Program and the Parties will resolve and avoid potential litigation related to the Trust's claims against Lander.

17.     The Liquidating Trustee believes that he has engaged in a good faith effort to obtain the settlement.  It almost goes without saying that entering into the Settlement Agreement will benefit the Trust and its beneficiaries as the information to be obtained by Lander will help the Trust in its claims against Jorge Perez; Empower H.I.S. LLC, and the remaining adversary proceedings filed in this Bankruptcy Case. Further, the Settlement Agreement will save the estate the expenses associated with prosecuting the claims against Lander.

18.     Further, the Liquidating Trustee submits that the Settlement Agreement is in the best interests of the Debtor's estate when considering the uncertainties, significant expenses, inconvenience, and delay involved in resolving through litigation the issue of the alleged claims against Lander.  The Liquidating Trustee believes that the resolution of the claims asserted by the Trust against the Lander in the manner set forth in the Settlement Agreement is reasonable and falls wells above the lowest point on the range of reasonableness as required by Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and applicable case law from this district.

9129978-2

*Arrow Air, Inc.*, 85 B.R. at 891 (court to evaluate whether the proposed compromise falls below the "lowest point in the range of reasonableness") (quoting *In re Teltronics Servs., Inc.*, 762 B.2d 185, 189 (2d Cir. 1985)).

19.     Accordingly, the Liquidating Trustee respectfully submits that the Settlement Agreement satisfies each of the *Justice Oaks* criteria outlined above and is fair and reasonable and in the best interest of the Debtor's estate.  Based on the foregoing, it is respectfully requested that the Court authorize and approve the Settlement Agreement on the terms and conditions contained therein.

**WHEREFORE,** the Trust respectfully requests entry of an Order in substantially the same form as is attached hereto as **Exhibit "B"**, (i) granting this Motion, (ii) approving the Settlement Agreement, and (iii) granting such other relief as is just and proper.

Dated: June 3, 2019

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for Liquidating Trustee*
313 North Monroe Street, Suite 301
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013

By: /s/   Brian G. Rich
       Brian G. Rich
       Florida Bar No. 38229
       brich@bergersingerman.com
       Michael J. Niles
       Florida Bar No. 107203

9129978-2

- and -

NELSON MULLINS BROAD AND CASSEL
*Co-Counsel for Liquidating Trustee*
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9449
Facsimile: (305) 373-9443

- and -

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 745-5281
Facsimile: (954) 761-8135

By: */s/ Frank P. Terzo*
     Frank P. Terzo
     Florida Bar No. 906263
     frank.terzo@nelsonmullins.com
     Gary Freedman
     Florida Bar No. 727260
     gary.freedman@nelsonmullins.com
     Michael D. Lessne
     Florida Bar No. 73881
     michael.lessne@nelsonmullins.com

9129978-2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 3rd day of June, 2019, by (i) electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List; and (ii) first class, U.S. Mail to all parties on the Court matrix attached to the original of this pleading, to the extent that such parties were not served electronically through the Court's CM/ECF system.

By:   */s/ Brian G. Rich*
            Brian G. Rich

9129978-2

# CM/ECF SERVICE LIST

- Yussuf Abdel-aleem    john.wisiackas@aleemlaw.com
- Philip Alan Bates    pbates@philipbates.net,
  swalton@philipbates.net;abridges@philipbates.net;dwatts@philipbates.net
- Russell M. Blain    rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Daniel Frederic Blanks    daniel.blanks@nelsonmullins.com,
  Allison.Abbott@nelsonmullins.com
- Jason B. Burnett    jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com
- Seldon J. Childers    jchilders@smartbizlaw.com,
  ellen.lord@smartbizlaw.com;jkirkconnell@smartbizlaw.com;documents@prodoxprep.com;melissa.kulczycke@smartbizlaw.com;childers@ecf.courtdrive.com
- Jodi Daniel Cooke    jcooke@srbp.com,
  lhathaway@srbp.com;jcooke.ecf@srbp.com
- Daniel Charles Curth    danc@goldmclaw.com,
  mattm@goldmclaw.com;haroldi@goldmclaw.com;seanw@goldmclaw.com
- Michael Patrick Dickey    mdickey@barronredding.com,
  creynolds@barronredding.com
- Ashlea Ann Edwards    ashlea.edwards@gray-robinson.com
- Jason H. Egan    jason.h.egan@usdoj.gov
- Gary M. Freedman    gfreedman@broadandcassel.com
- Kathryn Michelle Jordan    michelle@blankenshipjordanpa.com,
  service@blankenshipjordanpa.com
- Matthew Ian Kramer    mkramer@wwhgd.com, mesteva@wwhgd.com
- Michael D. Lessne    mlessne@broadandcassel.com,
  jphillips@broadandcassel.com
- Pamela Marsh    pmarsh@ausley.com, sshaffer@ausley.com
- Kenneth G. M. Mather    kmather@gunster.com, mweaver@gunster.com
- Courtney A. McCormick    cmccormick@mcguirewoods.com,
  flservice@mcguirewoods.com
- Ronald A. Mowrey    rmowrey@mowreylaw.com, firm@mowreylaw.com
- Michael J Niles    mniles@broadandcassel.com
- Nicole Mariani Noel    bankruptcynotices@kasslaw.com,
  nmnoel@ecf.courtdrive.com
- Geoffrey J. Peters    gpeters@weltman.com, colnationalecf@weltman.com

9129978-2

- Brian G. Rich    brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;efile@ecf.inforuptcy.com
- JAMES D. SILVER    jsilver@conradscherer.com, raldama@conradscherer.com;mrussell@conradscherer.com
- Frank Paul Terzo    fterzo@broadandcassel.com, jphillips@broadandcassel.com;lnegron@broadandcassel.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Adam M Walters    awalters@walterslawpc.com
- Alan Weiss    alan.weiss@hklaw.com, lynette.mattison@hklaw.com
- David Luther Woodward    woodlaw@bellsouth.net, thetexasnole@bellsouth.net

9129978-2

# EXHIBIT "A"

# (Settlement Agreement)

9129978-2

Case No. 17-40185
Page | 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                              Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL          Chapter 11
CORPORATION,

    Debtor.

_____/

## SETTLEMENT AGREEMENT

This Settlement Agreement (the "**Agreement**") is entered into as of the date of the last signature to this Agreement, by and between (i) Marshall Glade, in his capacity as the Liquidating Trustee (the "**Liquidating Trustee**") of the Campbellton-Graceville Hospital Liquidating Trust (the "**CGH Liquidating Trust**"), established pursuant to the Order (ECF No. 882) (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, Filed by the Debtor and the Official Committee of Unsecured Creditors* (ECF No. 812) (the "**Plan of Liquidation**") and the *Liquidating Trust Agreement* (ECF No. 914) (the "**Liquidating Trust Agreement**"), and (ii) Joseph T. Lander a/k/a J.T. Lander and Kimberly Lander (collectively, "**Lander**," and together with the Liquidating Trustee, the "**Parties**").

## RECITALS:

A.    On May 5, 2017 (the "**Petition Date**"), Campbellton-Graceville Hospital Corporation (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Florida (the "**Bankruptcy Court**"), commencing Case No. 17-40185-KKS (the "**Bankruptcy Case**").

B.    On November 5, 2018, the Bankruptcy Court entered the Confirmation Order confirming the Plan of Liquidation, pursuant to which the Liquidating Trust Agreement was made and the CGH Liquidating Trust was formed. Pursuant to the Plan of Liquidation and the Liquidating Trust Agreement, all claims and causes of action against Lander were transferred to the Liquidating Trust, and the Liquidating Trustee has been authorized to pursue such claims.

C.    The Liquidating Trustee asserts certain claims and causes of action against Lander (the "**Lander Claims**").

D.    Lander specifically denies all of the Lander Claims and disputes that he owes any liability for the Lander Claims.

E.    Lander asserts claims and causes of action including, claims for outstanding compensation due to Lander in an amount exceeding $94,000.00 (the "**Compensation Claim**") against Jorge Perez, Empower H.I.S. LLC, and certain of their agents, affiliates, beneficiaries, related entities, and successors (collectively,

Case No. 17-40185
Page | 3

the "**Compensation Parties**"). Lander represents and warrants that he has documents and personal knowledge that may be of use to the Liquidating Trustee in respect to claims that the Liquidating Trustee may have against Jorge Perez and Empower H.I.S. LLC (collectively, "**Empower**"), including claims that may arise out of the court-approved settlement with Empower H.I.S. LLC and Jorge Perez (*See* ECF Nos. 948 and 1007)(the "**Empower Claims**") and the Liquidating Trustee's investigation and prosecution of claims arising from the laboratory program that was operated out of the Debtor's hospital (the "**Laboratory Program**") (the "**Independent Claims**" and collectively with the Empower Claims, the "**Trustee Claims**").

F.      The Parties desire to resolve the Lander Claims in good faith and agree to the following settlement, which will permit the Liquidating Trustee to: (a) receive the assistance of Lander in the Liquidating Trustee's continued investigation and prosecution of claims arising from the Laboratory Program and the Independent Claims; (b) receive assistance of Lander in respect to the Empower Claims, including collecting on any judgment entered in favor of the Liquidating Trustee and against Empower; and (c) receive the assignment of Lander's Claims against Empower and prosecution of the Compensation Claim, including collecting on any judgment entered on the Compensation Claim.

Case No. 17-40185
Page | 4

G.     Lander expressly acknowledges that there may be potential conflicts of interest that arise as a result of this Agreement, specifically including that the Liquidating Trustee's prosecution of the Compensation Claim and collection efforts against Empower may be materially limited by the Liquidating Trustee's prosecution of the Trustee's Claims and collection efforts against Empower.  Lander, having been fully informed of said potential conflicts of interest, waives any such potential conflicts of interest and gives informed consent to the Liquidating Trustee's prosecution of the Compensation Claims against Empower in the manner provided in this Agreement.

H.     Lander expressly acknowledges that Liquidating Trustee may use the information and documents received pursuant to this Agreement for any purpose regardless of whether the Bankruptcy Court approves the Agreement.

**NOW**, **THEREFORE**, in consideration of the promises and mutual covenants as set forth below and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.     **Recitals.** The recitals set forth above are true and correct and are fully incorporated into this Agreement, whether approved or not by the Bankruptcy Court.

2.     **Terms.** In settlement of the Trustee's Claims, the Parties agree as follows:

2.1.   Lander assigns any and all of the Compensation Claims against the Compensation Parties to the Liquidating Trustee, effective upon the entry of an Order of the Bankruptcy Court approving this Agreement becoming final and nonappealable (the "**Final Order**") (the "**Effective Date**").

2.2.   Within 7 days from the full execution of this Agreement, JT Lander shall meet with the Liquidating Trustee in the Miami office of Nelson Mullins Broad and Cassel and provide full and complete information and documentation that he has in his possession, custody, or control that supports the Compensation Claim. Upon review of the information and documentation, if the Liquidating Trustee determines in his reasonable business judgment that the Compensation Claim has merit and is collectible, then following the Effective Date, the Liquidating Trustee shall use reasonable efforts to prosecute the Compensation Claim until such time as the Liquidating Trustee determines in his reasonable business judgment that the Compensation Claim should no longer be pursued.

2.3   Within 7 days of the Liquidating Trustee agreeing to pursue the Compensation Claim pursuant to Section 2.2 above, Lander shall meet with the Liquidating Trustee's counsel at the Miami office of Nelson Mullins Broad and Cassel Office and provide full and complete information and documentation that he has in his possession, custody, or control: (a) regarding

Case No. 17-40185
Page | 6

the Laboratory Program; (b) regarding the assets of Empower and any of their agents, affiliates, beneficiaries, related entities and individuals, and successors as requested by the Liquidating Trustee; and (c) regarding any of the Liquidating Trustee's actual and potential litigation targets related to or arising from the Laboratory Program, including, but not limited to, the defendants that are the subject of adversary proceedings filed by the Liquidating Trust. At all times following the full execution of this Agreement, Lander shall provide full and complete assistance to the Liquidating Trustee in all manners requested by the Liquidating Trustee, including with respect to the Compensation Claim and (a)-(c) of this paragraph. Notwithstanding the foregoing, on or before May 29, 2019, Lander shall provide the Liquidating Trustee with all information and documents in his possession with respect to Cadira Labs, LLC; Serodynamics, LLC; Beau Gertz; and Assurance Scientific Laboratories, LLC or any of their agents, affiliates, beneficiaries, related entities and individuals, and successors. The Liquidating Trust agrees to reimburse J.T. Lander for his actual costs and reasonable fees for attending any meeting outside of Miami-Dade County which is related solely to the Trustee's Claims.

2.4.    If the Liquidating Trustee receives (a) a judgment on the Compensation Claim (the "**Compensation Judgment**") and (b) a judgment on the Empower Claims (the "**Empower Judgment**"), then the proceeds from the collection against the judgment debtors shall be allocated between the Compensation Judgment and the Empower Judgment with the Compensation Judgment allocated 10% of the proceeds and applied as provide by Paragraph 2.5 of this Agreement, and the Empower Judgment allocated 90% of the proceeds until the Compensation Judgment is paid in full.

2.5.    The proceeds allocated to the Compensation Judgment shall be applied to the Compensation Judgment in the following priorities: (a) to be allocated 75% to Lander ("**Lander's Distribution**"); and (b) 25% to the Liquidating Trustee for payment of the Liquidating Trustee's attorneys' contingent fee.

2.6.    Upon the Effective Date, the Liquidating Trustee releases and forever discharges Lander from any and all manner of action or actions, cause or causes of action, in law or in equity, suits, debts, liens, contracts (express, implied in fact, or implied by law), agreements, promises, liabilities, claims, set offs, rights and claims for indemnity and/or contribution, refunds, overpayments, demands, damages, losses, costs, or expenses, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or

contingent, which the Liquidating Trustee now has or may hereafter have by reason of any matter, cause, or thing whatsoever from the beginning of time to the Effective Date. Notwithstanding the above, or any other provisions of this instrument, this Agreement shall not affect, discharge, or release any claims, known or unknown, which arise from or relate to the rights or obligations of Lander, whether presently existing or subsequently accruing, with respect to the obligations created by or arising out of the provisions of this Agreement.

2.7.    Upon the Effective Date, Lander releases and forever discharges the Liquidating Trustee and his agents, employees, legal representatives, professionals, assigns, successors, and predecessors from any and all manner of action or actions, cause or causes of action, in law or in equity, suits, debts, liens, contracts (express, implied in fact, or implied by law), agreements, promises, liabilities, claims, set offs, rights and claims for indemnity and/or contribution, refunds, overpayments, demands, damages, losses, costs, or expenses, of any nature whatsoever, known or unknown, suspected or unsuspected, fixed or contingent, which Lander now has or may hereafter have by reason of any matter, cause, or thing whatsoever from the beginning of time to the Effective Date. Notwithstanding the above, or any other provisions of this instrument, this Agreement shall not affect, discharge, or

release any claims, known or unknown, which arise from or relate to the rights or obligations of the Liquidating Trustee, whether presently existing or subsequently accruing, with respect to the obligations created by or arising out of the provisions of this Agreement.

2.10.  The Parties shall keep this Agreement confidential until such time as the Liquidating Trustee believes in his reasonable business judgment that Lander has complied with Paragraph  2.2 of the Agreement, after which time, the Liquidating Trustee shall seek Bankruptcy Court approval of the Agreement.

3.      **Bankruptcy Court Approval.** Except as specifically provide herein, this Agreement is subject to approval of the Bankruptcy Court and the entry of a Final Order. The Liquidating Trustee shall file his motion to approve this Agreement within 5 days of its execution, and shall use his best efforts to obtain an order of the Bankruptcy Court approving the Agreement.

4.      **Representation of Parties**. This Agreement is entered into voluntarily by the Parties who stipulate and agree that they are under no duress or undue influence. The Parties represent that in the execution of this Agreement, they had the opportunity to consult legal counsel of their own selection and that said attorneys have reviewed this Agreement, made any desired changes and advised their

Case No. 17-40185
Page | 10

respective clients with respect to the advisability of making the settlement and release provided herein and of executing this Agreement.

5.    **Entire Agreement**. This Agreement constitutes the sole and entire agreement between the Parties and supersedes all prior and contemporaneous statements, promises, understandings or agreements, whether written or oral.

6.    **Amendments**. This Agreement may be amended, modified or altered at any time upon the approval of the Parties; however, any such amendment must be in writing and signed by all Parties in order for such amendment to be of any force and effect.

7.    **Partial Invalidity.** In the event that any provision of this Agreement is declared by any court of competent jurisdiction or any administrative judge to be void or otherwise invalid, all of the other terms, conditions and provisions of this Agreement shall remain in full force and effect to the same extent as if that part declared void or invalid had never been incorporated in the Agreement and in such form, the remainder of the Agreement shall continue to be binding upon the Parties.

8.    **Applicable Law**. This Agreement shall be subject to and governed by the laws of the State of Florida without regard to conflict of law rules. Jurisdiction and venue is exclusively vested in the Bankruptcy Court.

9.    **Counterparts**. This Agreement may be signed and executed in one or more counterparts, each of which shall be deemed an original and all of which

Case No. 17-40185
Page | 11

together shall constitute one Agreement. Delivery of an executed counterpart of a signature page of this Agreement by facsimile or email shall be effective as delivery of an originally executed counterpart of this Agreement.

10.    **No Adverse Construction.**    The Parties acknowledge that this Agreement has been prepared by each of them through independent counsel (Lander acknowledging that he has a legal degree and has previously engaged in the practice law) and that Lander specifically acknowledges that the Liquidating Trustee's attorneys have not provided him legal advice with respect to this Agreement. In the event any part of this Agreement is found to be ambiguous, such ambiguity shall not be construed against any Party.

11.    **Cooperation and Compliance**. J.T. Lander represents and warrants that he will use his best efforts to cooperate with the Liquidating Trust and comply with his obligations and all other terms pursuant to this Agreement and acknowledges that this representation and warranty is a material inducement to the Liquidating Trustee entering into this Agreement.

12.    **Cumulative Remedies**. No remedy referred to in this Agreement is intended to be exclusive, but each shall be cumulative and in addition to any other remedy referred to in this Agreement or otherwise available under law.

Case No. 17-40185
Page | 12

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the

dates set forth below.

Dated: _____05/29/2019_____

_____
Joseph T. Lander a/k/a J.T. Lander

Dated: _____

_____
Marshall Glade, solely in his
capacity as the Liquidating Trustee
of the CGH Liquidating Trust

Dated: _____05/29/2019_____

_____
Kimberly Lander

,

Case No. 17-40185
Page | 12

**IN WITNESS WHEREOF**, the Parties have executed this Agreement as of the

dates set forth below.


Dated: _____


_____
Joseph T. Lander a/k/a J.T. Lander


Dated: _____


_____
Kimberly Lander

Dated: _5/29/19_

_____
Marshall Glade, solely in his
capacity as the Liquidating Trustee
of the CGH Liquidating Trust

# EXHIBIT "B"

# (Proposed Order)

9129978-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

IN RE:                                                            Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL
CORPORATION,                                          Chapter 11


        Debtor.
_____/


**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN (I) THE LIQUIDATING TRUST OF CAMPBELLTON-GRACEVILLE HOSPITAL CORPORATION AND (II) JOSEPH T. LANDER A/K/A J.T LANDER; AND (III) KIMBERLY LANDER (DOC.)**

THIS MATTER came before the Court upon the *Liquidating Trustee's Motion For Entry Of An Order Approving Settlement Agreement Between (I) The Liquidating Trust Of Campbellton-Graceville Hospital Corporation And (II) Joseph T. Lander A/K/A J.T Lander; and (III) Kimberly Lander (*the "Motion") (Doc_____) filed on June 3, 2019, for the entry of an order approving the Settlement Agreement entered into between (I) the Liquidating Trust of Campbellton-Graceville Hospital; (II) Joseph T. Lander a/k/a J.T. Lander; and (III) Kimberly Lander (collectively, the "Parties"). The Settlement Agreement[1] is attached to the Motion as Exhibit "A." The Motion was served upon all interested parties with the Local Rule 2002-2 negative notice legend

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Motion and Settlement Agreement.

informing the parties of their opportunity to object within 21 days of the date of service;

no party filed an objection within the time frame permitted; and the Court therefore

considers the Motion to be unopposed. Accordingly, it is:

**ORDERED:**

      1.     The Motion is **GRANTED.**

      2.     The terms of the Settlement Agreement attached to the Motion as Exhibit

"A" are **APPROVED** and each and every provision of the Settlement Agreement is

incorporated herein as if fully set forth in this Order.

      3.     The Parties are directed to comply with the terms of the Settlement

Agreement, and the Court reserves jurisdiction to enforce the terms and conditions of

the Settlement Agreement.

DONE AND ORDERED_____.

                            _____

                            Karen K. Specie
                            United States Bankruptcy Judge

Prepared by:
Brian G. Rich, Esq.
Berger Singerman LLP
*Counsel to the Liquidating Trustee*
313 North Monroe Street, Suite 301
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013
E-mail: brich@bergersingerman.com
Copies to:  Brian G. Rich, Esq.
*(Attorney Rich is directed to serve a copy of this Order upon interested parties and*
*file a Certificate of Service within 3 business days of entry of the Order).*

9129975-2

Label Matrix for local noticing
1129-4
Case 17-40185-KKS
Northern District of Florida
Tallahassee
Mon Jun  3 14:01:32 EDT 2019

ASM Capital
c/o Leyza F. Blanco, Esq.
Sequor Law
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131-4937

Aetna, Inc.
c/o Courtney McCormick, Esq.
McGuireWoods LLP, 50 N. Laura Street,
Suite 3300
Jacksonville, FL 32202

Aetna, Inc.
c/o Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390

Altegra Health Advisory Services
1725 N. Commerce Parkway
Weston, FL 33326-3201

AmTrust North America, Inc. on behalf of Com
c/o Maurice Wutscher LLP
2000 Auburn Drive Suite 200
One Chagrin Highlands
Beachwood, OH 44122

Auspicious Laboratory Inc
Suite 258
7400 Harwin Drive
Houston,, TX 77036-2000

Angelis Berios
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

Wayne Black
Wayne Black and Associates, Inc.
801 Brickell Avenue
Suite 900
Miami, FL 33131-2979

CIT Bank, N.A.
Weltman, et al
Attn: Geoffrey J. Peters
175 S. Third Street, Suite 900
Columbus, OH 43215-5166

Campbellton-Graceville Hospital Corporation
5429 College Drive
Graceville, FL 32440-1897

Certus Laboratries, LLC
3827 Bienville Blvd., #10
Ocean Springs, MS 39564-5869

Cigna Healthcare of Florida, Inc.
c/o GrayRobinson, P.A.
Attn: Jason B. Burnett, Esq.
50 North Laura Street
Suite 1100
Jacksonville, FL 32202-3611

Oscar Delatorre
Detekted, Inc.
8306 Mills Drive, #619
Miami, FL 33183-4838

Diagnostic Lab Direct, LLC
Stichter, Riedel et al
Attn: Russell M. Blain
110 East Madison Street
Suite 200
Tampa, FL 33602-4718

Sassan Ehdaie
c/o Ryan D. Wozny
Quintairos, Prieto, Wood & Boyer, P.A.
1700 Pacific Avenue
Suite 4545
Dallas, TX 75201-4641

Empower H.I.S. LLC.
c/o Childers Law
Attn: Seldon J. Childers, Esq.
2135 NW 40th Terrace, Suite B
Gainesvile, FL 32605-5802

Expertus Laboratories, Inc.
485 N. US Highway 17-92
Suite 415
Longwood, FL 32750-4488

Florida Blue
c/o Alan M. Weiss, Esq.
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street, Sutie 4100
Jacksonville, FL 32202-3664

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Tayson C. Gaines
The Gaines Firm
1914 37th St.
West Palm Beach, FL 33407-3506

Marshall Glade
GlassRatner Advisory & Capital Group LLC
3445 Peachtree Road
Atlanta, GA 30326-3238

Cathal P Grant
c/o Madison Wilson
1801 Centrepark Drive East
Suite 200
West Palm Beach, FL 33401-7427

Sandra P. Greenblatt
Law Firm of Lubell Rosen
1 Alhambra Plaza
Suite 1410
Coral Cables, FL 33134-5247

Charles Howe, MD
c/o David B. Honig, Esq.
Hall Render Killian et al
500 N. Meridian Street, Ste. 400
Indianapolis, IN 46204-1293

Kevin Hunter
Colaborate, Inc.
67 Ladoga Avenue
Tampa, FL 33606-3832

Kathryn Michelle Jordan
Jordan and Blankenship Jordan, PA
1512 Hwy. 90
Chipley, FL 32428-2177

Nicole Mariani Noel LIFEBRITE LABORATORIES,
P.O. Box 800
Tampa, FL 33601-0800

LabPro, Inc
Mowrey Law Firm, P.A.
515 North Adams Street
Tallahassee, FL 32301-1111

LifeBrite Laboratories, LLC
c/o Adam M. Walters
100 BLUE FIN CIR
SUITE 1
SAVANNAH, GA 31410-2463

Gabirel Lopez
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

Martin G. McElya
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

McKesson Medical-Surgical
4345 Southpoint Blvd
Jacksonville, FL 32216-6166

Edith Mears
c/o ChildersLaw, LLC
2135 NW 40th Terrace
Suite B
Gainesville, FL 32605-5802

Tilman Mears
c/o ChildersLaw, LCL
2135 NW 40th Terrace
Suite B
Gainesville, FL 32605-5802

Medivance Billing Services, Inc
c/o James D. Silver, Esq.
Kelley Kronenberg
8201 Peters Road, Suite 4000
Fort Lauderdale, FL 33324-3267

Mission Toxicology, LLC
c/o Yussuf Abdel-aleem, Esq.
1355 Peachtree St. NE, Ste. 700
Atlanta, GA 30309-3260

Nelson Mullins Broad and Cassel
Attn: Frank P. Terzo
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394-0017

Northwest Florida Healthcare, Inc.
c/o Dinsmore & Shohl, LLP
Attn: Kim Martin Lewis
255 E. 5th Street, Suite 1900
Cincinnati, OH 45202-1971

Northwest Florida Healthcare, Inc.
c/o Gunster, Yoakley & Stewart, P.A.
Attn: Kenneth G.M. Miller
401 E. Jackson Street
Suite 2500
Tampa, FL 33602-5226

Official Committee of Unsecured Creditors
c/o Frank P. Terzo, Esq.
Nelson Mullins Broad and Cassel
100 SE 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394-0017

Peoples Choice Hospital
P. O. Box 2467
Panama City

Andrea Plauche
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Frankfort, KY 40604-4023

Post Trauma Institute of Louisiana
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Frankfort, KY 40604-4023

RAJ Enterprises of Central Florida d/b/a Pin
c/o Yussuf Abdel-aleem, Esq.
1355 Peachtree St. NE, Ste. 700
Atlanta, GA 30309-3260

Reliance Laboratory Testing, Inc.
Reliance Laboratory Testing, Inc.
c/o James D. Silver
Kelley Kronenberg, P.A.
8201 Peters Road, Suite 4000
Fort Lauderdale, FL 33324-3267

Brian D. Sorin
c/o Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701-4093

Sun Clinical Laboratory, LLC
c/o Yussuf Abdel-aleem, Esq.
1355 Peachtree St. NE, Ste. 700
Atlanta, GA 30309-3260

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

UnitedHealthcare Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

Leonid Vilensky, MD
141 Sullys Trail, Ste. 3
Pittsford, NY 14534-4563

Anna Stewart Whites
327 Logan Street
P O Box 4023
Frankfort, KY 40604-4023

Wittichen Supply Co.
Attn: Bob Barnes
2912 3rd Avenue North
Birmingham, AL 35203-3908

*Advanced Clinical Laboratory Solutions
2277-83 Coney Island
Suite 3B
Brooklyn, NY 11223

*Aetna Inc.
c/o Philip A. Bates
P.O. Box 1390
Pensacola, FL 32591-1390

*Auspicious Laboratory Inc.
c/o David L. Woodward
P.O. Box 4475
Pensacola, FL 32507-0475

*Auspicious Laboratory, Inc.
7400 Harwin Drive
Houston, TX 77036-2014

*B3 Diagnostic Laboratory LLC
P.O. Box 9197
College Station, TX 77842-9197

*CGH Holdings Company, Inc.
8835 SW 107th Avenue
Suite 535
Miami, FL 33176-1411

*CIGNA
P.O. Box 188022
Chattanooga, TN 37422-8022

*CIGNA Healthcare of Florida, Inc.
Attn: Jason B. Burnett, Esq.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

*CMS - Centers For Medicare and Medicaid
P.O. Box 44179
Jacksonville, FL 32231-4179

*Certus Laboratories, LLC.
Attn: William H. Crawford, Esq.
Thompson, Crawford & Smiley
Post Office Box 15158
Tallahassee, FL 32317-5158

*Charles Howe, M.D.
c/o David B. Honig
Hall Render Killian et al
500 N. Meridian Street, Ste. 400
Indianapolis, IN 46204-1293

*Diagnostic Lab Direct, LLC
659 Holcomb Bridge Rd.
Roswell, GA 30076-1511

*Diagnostic Lab Direct, LLC
c/o Jodi Daniel Cooke, Esquire
Stichter, Riedel, Blain & Postler, P.A.
41 N. Jefferson Street, Suite 111
Pensacola, Florida 32502-5669

*Diagnostic Lab Direct, LLC
c/o Russell M. Blain, Esquire
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602-4718

*Dr. Andrea Plauche
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Frankfort, KY 40604-4023

*Edith Mears
Attn: Seldon J. Childers, Esq.
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605-5802

*Empower H.I.S.
8724 SW 72 Street, #459
Miami, FL 33173-3512

*Expertus Laboratories, Inc.
c/o Denise Dell-Powell, Esq.
Dean Mead et al
420 S. Orange Ave., Ste 700
Orlando, FL 32801-4911

*Florida Blue
c/o Jacob A. Brown, Esq.
Nelson Mullins et al
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202-3621

*Florida Blue
c/o Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

*Gilpin Givhan, PC
P.O. Drawer 4540
Montgomery, AL 36103-4540

*Gilpin Givhan, PC.
c/o George Thomas, President
P.O. Box 4540
Montgomery, AL 36103-4540

*Healthnet (CA)
P.O. Box 9103
Van Nuys, CA 91409-9103

*Highmark, Inc.
120 Fifth Avenue
Pittsburgh, PA 15222-3000

*LIFEBRITE LABORATORIES, LLC
c/o Nicole Mariani Noel
P.O. Box 800
Tampa, FL 33601-0800

*Lifebrite Laboratories, LLC
c/o Walters Law, P.C.
Attn: Adam M. Walters
100 Blue Fin Circle, Suite 1
Savannah, GA 31410-2463

*Michael J. Niles, Esq.
Berger Singerman LLP
313 South Monroe Street, Suite 301
Tallahassee, FL 32301

*Mission Toxicology, LLC
2145 NW Military Hwy.
Ste 102
San Antonio, TX 78213-1868

*Our Family Genes
324 6th Ave North
Jacksonville Beach, FL 32250-5726

*Park Avenue Capital LLC d/b/a MaxMD
c/o Scott A. Finlay
2200 Fletcher Ave.
Suite 506
Fort Lee, NJ 07024-5016

*Physician Stat Lab, Inc.
Attn: Nathan Hawkins
5427 Water Street
New Port Richey, FL 34652-4030

*Post Trauma Institute of Louisiana
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Franfort, KY 40604-4023

*RAJ Enterprises of Central FL
d/b/a Pinnacle Laboratory Services, LLC
1410 NE 8th Avenue
Ocala, FL 34470-4250

*Reliance Laboratory Testing, Inc.
c/o James D. Silver, Esq.
Kelley Kronenberg, P.A.
8201 Peters Road, Ste. 4000
Fort Lauderdale, FL 33324-3267

*Smiths Inc. of Dothan
P.O. Box 1207
Dothan, AL 36302-1207

*Smiths Inc. of Dothan
c/o Thomas C. Parks, President
488 Ross Clark Circle NE
Dothan, AL 36303-5836

*Southwest Laboratories LLC
4225 Office Parkway
Dallas, TX 75204-3628

*State of Florida, Agency for Health Care
Administration
Central Intake Unit
2727 Mahan Drive, Mail Stop 61
Tallahassee, FL 32308-5407

*Sun Ancillary Management
45 N.E. Loop 410
Ste. 215
San Antonio, TX 78216-5884

*The Peoples Choice Hospital LLC
c/o Goldstein & McLintock, LLLP
Attn: Daniel C. Curth, Esq.
111 West Washington Street, Suite 1221
Chicago, IL 60602-3482

*Tilman Mears
Attn: Seldon J. Childers, Esq.
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605-5802

*United States Trustee
c/o Jason H. Egan
110 East Park Avenue, Suite 128
Tallahassee, FL 32301-7728

*UnitedHealthcare Insurance Company
Attn: Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

*Yussuf Abdel-aleem
Mohamad Ahmad
1355 Peachtree Street NE
Suite 700
Atlanta, Georgia 30309-3260

ABBMC
Drawer 2065
P.O. Box 5935
Troy, MI 48007-5935

AHCA-Accts Receivable Dept.
Mail Stop 14
P.O. Box 13749
Tallahassee, FL 32317-3749

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AUSPICIOUS LABORATORY INC.
Suite 258
1400 Harwin Drive
Houston, Texas 77036

Aaron Frost
Refrigeration, Heating & Cooling
P.O. Box 7
Dothan, AL 36302-0007

Academy For Nutrition & Diabetics
120 South Plaza
Suite 2000
Chicago, IL 60606

Action Janitorial Services
3258 1st Avenue N.
Bonifay, FL 32425-3575

Acutis Diagnostics
728 Larkfield Road
East Northport, NY 11731-6108

Adam M. Walters
100 Blue Fin Circle
Suite 1
Savannah, GA 31410-2463

Adams & Associates
P.O. Box 1328
Lynn Haven, FL 32444-6128

Advanced Genomics
4939 DeZavala
Suite 101
San Antonio, TX 78249-2001

Aetna
29406 Reliable Pkwy
Chicago, IL 60686-0001

Aetna, Inc.
McGuireWoods LLP
Attn: Aaron McCollough
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601-1818

Aflac
1932 Wynnton Road
Columbus, GA 31999-0002

Air Products
7201 Hamilton Blvd.
Allentown, PA 18195-1501

Airgas South, Inc.
P.O. Box 532609
Atlanta, GA 30353-2609

Alere North America, Inc.
P.O. Box 846153
Boston, MA 02284-6153

Alonzo, Aaron
16301 SW 145th Court
Miami, FL 33177-1733

Alta Diagnostics, Inc.
3123 Research Way
Suite 214
Carson City, NV 89706-7966

Alternative Biomedical Solutions
1600 Wallace, Ste. 100
Carrollton, TX 75006-8007

AmTrust North America, Inc. on behalf of
Comp Options Insurance Company, Inc.
c/o Maurice Wutscher LLP
2000 Auburn Drive, Suite 200
Beachwood, OH 44122-4328

Ameriben
P.O. Box 7186
Boise, ID 83707-1186

American Proficiency Institute
P.O. Box 30516
Lansing, MI 48909-8016

Amerigroup
P.O. Box 62427
Virginia Beach, VA 23466-2427

Amerisource
10910 Lee Vista Blvd.
Suite 401
Orlando, FL 32829-8076

Amtrust North America
800 Superior Ave., East
21st Floor
Clevland, OH 44114-2613

Andrew T. Sheeran
2727 Mahan Drive, MS#3
Tallahassee, FL 32308-5407

Anthony Conticello
2910 Kerry Forest Parkway
D4-358
Tallahassee, FL 32309-6892

Aspen Hills Diagnostics
1098 W. South Jordan Pkwy
#108
South Jordan, UT 84095-9372

Assurance Scientific Laboratories
2868 Acton Road
Suite 207
Vestavia, AL 35243-2502

Avesis
10400 N. 25th Avenue
Suite 200
Phoenix, AZ 85021-1696

Avutox Laboratory
121 Enterprise Drive
Rocky Mount, NC 27804-9516

Axis Diagnostics Inc
1077 Central Parkway
Ste 200
San Antonio, TX 78232-5034

BCBS - Blue Cross Blue Shield
Dept. 1213
P.O. Box 121213
Dallas, TX 75312-1213

Babington, Libby
203 Frances Drive
Hartford, AL 36344-1007

(p)W S BADCOCK CORPORATION
POST OFFICE BOX 724
MULBERRY FL 33860-0724

Bailey Lumber Supply
P.O. Box 96
Graceville, FL 32440-0096

Barnhart, Theresa
2317 Hwy 2
Bonifay, FL 32425-7201

Barwick, Kayla
2954 Maridale Road
Marianna, FL 32448-3634

Baxley, Cindy
104 Oak Manor Court
Midland City, AL 36350-6008

Baxter Healthcare Corp.
IV Systems Division
P.O. Box 905788
Charolette, NC 28290-5788

Beach Radio, Inc.
WBPC FM 95.1
P.O. Box 27272
Panama City Bch, FL 32411-7272

Beall, Benjamin
563 D Hodge Rd.
Cottonwood, AL 36320-3027

Beckman Coulter Capital
P.O. Box 7346
Philadelphia, PA 19170-0001

Beckman Coulter, Inc.
Dept Ch 10164
Palatine, IL 60055-0164

Beveridge Med Assoc., Inc.
6 Highwood Ridge Trl
Ormond Beach, FL 32174-2412

Bielski, Karyn
5023 Elmore Rd.
Graceville, FL 32440-4375

Bio Technologies MD, Inc.
10441 Race Track Road
Berlin, MD 21811-3209

Biorad
P.O. Box 849740
Los Angeles, CA 90084-9740

Bloechl, Christy
4193 Highway 77
Graceville, FL 32440-4759

Boswell, Julie
1314 Hwy 179A
Westville, FL 32464-3040

Braxton, Dorothy
1133 11th Ave.
FL 32440-2018

Brewer, Sandra
1463 Hwy 90
Chipley, FL 32428-2164

Bridenhagen, Ann
312 Meadowbrook Lane
Chipley, FL 32428-4624

Briggs Healthcare
P.O. Box 1355
Des Moines, IA 50306-1355

Bright House
P. O. Box 31709
Tampa, FL 33631-3709

Brock, Alice
P.O. Box 21
Graceville, FL 32440-0021

Brown Fire Protection, Inc.
P.O. Box 9137
Panama City Bch, FL 32417-9137

Brown, Karen
5382 Brown Street
Graceville, FL 32440-1714

Buffalo Rock
P.O. Box 2247
Birmingham, AL 35201-2247

Bush Paint & Supply
971 6th Avenue
Graceville, FL 32440-2216

Byrd, Peggy
75 Tri County Rd.
Graceville, FL 32440-5517

C & C Fire Protection, Inc.
754 A. Hwy 20
Youngstown, FL 32466-3517

CE Tech
3563 Philips Hwy Bldg., F 608
Jacksonville, FL 32207-5683

CGH Holdings Company, Inc.
16301 SW 145th Court
Miami, FL 33177-1733

CIT Bank NA
c/o Weltman, Weinberg, & Reis Co.,
L.P.A.
3705 Marlane Drive
Grove City, OH 43123-8895

CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882

CLS Technology
5385 Smith Street
Graceville, FL 32440-1958

CPSI
P.O. Box 850309
Mobile, AL 36685-0309

Cabangbang, Bartolome
211 E Chason Street
Donalsonville, GA 39845-1103

Cabangbang, May
211 E Chason Street
Donalsonville, GA 39845-1103

Cadira Labs LLC
4785 Tejon Street
Suite 100
Denver, CO 80211-1242

Campbellton-Graceville Hospital
Taxing District
4445 Lafayette Street
Room 107
Marianna, FL 32446-3468

Campbellton-Graceville Hospital Taxing
District
Attn.:  Heston Hicks, Chairman of Board
5429 College Drive
Graceville, FL 32440-1858

Cannington, Harvey D.
549 Sycamore Street
Madison, GA 30650-1774

Canon Financial Services, Inc.
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054-1716

Canon Financial Services, Inc. co Nicola G.
Four Greentree Centre
601 Route 73 North
Suite 305
Marlton, NJ 08053-3475

Capital X-Ray, Inc.
P.O. Box 780337
Tallassee, AL 36078-0016

Cardinal Health 200, LLC
c/o Debra Willet, VP, Assoc. Gen. Counse
7000 Cardinal Place
Dublin, OH 43017-1091

Carnley, Jefferson
P.O.Box 252
Graceville, FL 32440-0252

Carnley, Margaret
801 E Michigan Ave.
Bonifay, FL 32425-1845

Carnley, Roy
5521 Browntown Street
Graceville, FL 32440-4106

Carolina Liquid Chemstries
510 West Central Ave.
Suite C
Brea, CA 92821-3032

Carr, Allison, Pugh, Howard, Oliver & S
305 South Gadsden Street
Tallahassee, FL 32301-1811

Central Clinical Laboratory LLC
414 N. Main Street
Euless, TX 76039-3655

Certus Laboratories LLC
3827 Bienville Blvd.
Suite 10
Ocean Springs, MS 39564-5869

Certus Laboratories, LLC
3827 Bienville Blvd, #10
Ocean Springs, MS 39564-5869

Change Healthcare
P.O. Box 572490
Murray, UT 84157-2490

Channing Bete Company
P.O. Box 3538
South Deerfield, MA 01373-3538

Channing Cline, LLC
245 N. Highland Avenue NE
Suite 230-346
Atlanta, GA 30307-1936

Christmas, Elizabeth
3186 Christmas Road
Cottondale, FL 32431-7169

Cigna Healthcare of Florida, Inc.
c/o Wilhemina Bergland
900 Cottage Grove Road, B6LPA
Bloomfield, CT 06002-2920

Cigna/Accent
P.O. Box 542007
Omaha, NE 68154-8007

City Of Graceville
P.O Box 637
Graceville, FL 32440-0637

Coin Laundry Equipment Co.
1626 Tradewinds Drive
Gulf Breeze, FL 32563-8400

Collins, Lucinda
156 Alex White Dr.
Daleville, FL 36322-5326

Comfort Systems
13040 W. Hwy. 84
Newton, AL 36352

Companion DX Reference Lab LLC
10301 Stella Link Road
Ste C
Houston, TX 77025-5447

Compliant Healthcare Tech
7123 Pearl Rd.
Ste 305
Middleburg Heights, OH 44130-4944

Compsych
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5377

Corbin, Cynthia
144 79 NW Andy Roberson Rd.
Bristol, FL 32321-3601

Coventry
2110 Fox Dr., Suite A
Champaign, IL 61820-7596

Cquentia
4770 Bryant Irvin Court
Suite 300
Fort Worth, TX 76107-7676

Crutchfield Mini Storage
P.O. Box 476
Graceville, FL 32440-0476

Culbreath, Felicia
1006 Dellwood Ave.
Dothan, AL 36303-3740

Culbreath, Kacie
4994 Damascus Church Rd.
Graceville, FL 32440-4266

Cummings, Coreen
5404 Florida Street
Graceville, FL 32440-1508

Curaspan Heath Group, Inc.
Dept 2869
P.O. Box 122869
Dallas, TX 75312-2869

Curth, Esq., Daniel C.
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6679

DOH X-Ray Registration
P.O. Box 6330
Tallahassee, FL 32399-0001

Daguplo, Alejandro
425 E. 19Th St., Apt. 106
Panama City, FL 32405-4712

Daniel C. Curth
Goldstein & McClintock LLLP
111 West Washington Street, Suite 1221
Chicago, Illinois 60602-3482

Daniel F. Blanks
Nelson Mullins Riley & Scarborough LLP
50 N. Laura Street
Suite 4100
Jacksonville, FL 32202-3621

Data Systems Management (DSM)
P.O. Box 1348
Columbus, MS 39703-1348

David B. Honig
Hall Render Killian Heath & Lyman
500 N. Meridian Street, Ste. 400
Indianapolis, IN 46204
dhonig@hallrender.com
3 46204-1293

Department of Business and
Professional Regulation
1940 North Monroe Street
Tallahassee, FL 32399-6506

Department of Economic Opportunity
107 East Madison Street
Tallahassee, FL 32399-6508

Dept. of Health/Bureau of Radiology
4052 Bald Cypress Way
Bin C-85
Tallahassee, FL 32399-7017

Diversified Adjustment Service, Inc.
600 Coon Rapids Boulevard
Coon Rapids, MN 55433-5549

Dothan Janitorial & Paper
137 S Woodburn Drive
Dothan, AL 36305-1050

Dr. Andrea Plauche
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Franfort, KY 40604-4023

Duffell, Courtney
1017 10Th Ave
Graceville, FL 32440-1907

ECC Technologies
2136 Five Mile Line Road
Penfield, NY 14526-2264

EHR HITECH Incentive Payment Center
P.O. Box 809338
Chicago, IL 60680-9338

EMD Millipore Corporation
25760 Network Place
Chicago, IL 60673-1257

ETI Premium Finance
P.O. Box 829522
Pembroke Pines, FL 33082-9522

Eclipse Toxicology Ltd.
1077 Central Parkway
Ste 200
San Antonio, TX 78232-5034

Ecolab
P.O. Box 32027
New York, NY 10087-2027

Ecolab Food & Safety
24198 Network Place
Chicago, IL 60673-1241

Elite Diagnostics
444 Holderreith Blvd.
Tomball, TX 77375-4591

Elmore, Misti
107 Boles Street
Opp, AL 36467-3433

Employee Benefits Corporation
P.O. Box 44347
Madison, WI 53744-4347

Encompass
Dept. 40254
P.O. Box 740209
Atlanta, GA 30374-0209

Enterprise Paper & Janitorial
300 AirPort Road
Enterprise, AL 36330-1927

Exum, Jacqueline
959 11Th Street
Graceville, FL 32440-1605

FMIT
P.O. Box 1757
Tallahassee, FL 32302-1757

Fasthealth Corporation
1001 23rd Ave., Ste. C
Tuscaloosa, AL 35401-2356

Fed Ex
P.O. Box 660481
Dallas, TX 75266-0481

Fernandez, Iris
212 E. Carr Street
Donalsonville, GA 39845

First Coast Service Options
Medicare Part A Debt Recovery
P.O Box 45268
Jacksonville, FL 32232-5268

Fisher Healthcare
P.O. Box 404705
Atlanta, GA 30384-4705

Fleisher, Esq., Brian M.
Fleisher, Fleisher & Suglia
Four Greentree Centre, Suite 3005
601 Route 73 North
Marlton, NJ 08053-3470

Florida Agency for Health Care Administratio
2727 Mahan Drive, MS#3
Tallahassee, FL 32308-5407

Florida Blue
P.O. Box 660879
Dallas, TX 75266-0879

Florida Blue
c/o Alan M. Weiss, Esq.
Nelson Mullins et al
50 N. Laura Street, Suite 4100
Jacksonville, FL 32202-3621

Florida Blue
c/o Jacob A. Brown, Esq.
Akerman LLP
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Florida Department of Revenue/
Reemployment
5050 W. Tennessee Street
Tallahassee, FL 32399-0110

Florida Dept. of Health-Pharmacy Board
Division Of Medical Quality Assurance
P.O. Box 6320
Tallahassee, FL 32314-6320

Florida Labor Law Poster Service
400 Capital Circle SE
Suite 18 #309
Tallahassee, FL 32301-3839

Florida Microfilm
P.O. Drawer 340
Dothan, AL 36302-0340

Florida State Disbursement
P.O. Box 8500
Tallahassee, FL 32314-8500

Fowler, Lana
1163 Bud Hagler Road
Slocomb, AL 36375-5371

Fowler, Shea
1055 Main Street
Bonifay, FL 32425-3511

Fulmer, Daniel
P.O.Box 758
Marianna, FL 32447-0758

GB Collects, LLC
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847

GE HFS, LLC
20225 Watertower Boulevard
Brookfield, WI 53045-3530

GE HFS, LLC
P.O. Box 414
W-490
Milwaukee, WI 53201-0414

GE HFS, LLC
c/o Kutak Rock LLP
Attn: Lisa M. Peters, Esq.
1650 Farnam Street
Omaha, NE 68102-2186

Gallagher, Esq., Julie
Grossman, Furlow & Bayo, LLC
2022-2 Raymond Diehl Road
Tallahassee, FL 32308-3881

Gardner, Windy
3183 Nettles Lane
Cottondale, FL 32431-7068

Gillette, Margie
2625 Dean Road
Slocomb, AL 36375-4407

Gilpin Givhan, PC
PO Box 4540
Montgomery, AL 36103-4540

Go, Ivy
211 Dykes Street
Bonifay, FL 32425-2515

Go, Jonah
211 Dykes Street
Bonifay, FL 32425-2515

Graceville Auto Parts
5423 Alabama St.
Graceville, FL 32440-2113

Graceville News
P.O. Box 187
Graceville, FL 32440-0187

Grainger Industrial Supplies
4405 N. Palafox Street
Pensacola, FL 32505-2922

Gray, April
3300 A 1st Ave., North
Bonifay, FL 32425-3589

Greenwood, Shirley
5700 Ellaville Road
Campbellton, FL 32426-6938

Grossman Furlow & Bayo, LLC
2022-2 Raymond Diehl Road
Tallahassee, FL 32308-3881

Gulf Power
P.O. Box 830660
Birmingham, AL 35283-0660

Gulf Power Company
Bin 31
One Energy Pl
Pensacola, FL 32520-0001

Gwin, Shirley
P.O. Box 852
Graceville, FL 32440-0852

HR Direct
P.O. Box 669390
Pompano Beach, FL 33066-9390

Hall, Kelli
809 N Woodland Street
Geneva, AL 36340-1300

Hampton, Tyler
4705 Berkshire Road
Marianna, FL 32446-6959

Hanvey, Teresa
2730 Brightwell Ave.
Marianna, FL 32448-3308

Hargrave, Sherri
1017 10th Ave.
Graceville, FL 32440-1907

Harmon, Kacy
1187 Cadillac Ranch Lane
Graceville, FL 32440-7135

Harris Security Systems, Inc.
P.O. Box 1149
Ozark, AL 36361-1149

Hart, Ladonna
3195 Eddins Road
Dothan, AL 36301-7404

Harvard PHC
P.O. Box 5199
Westborough, MA 01581-5199

Hatcher, Jessica
5604 Hale Cir.
Bascom, FL 32423-9292

Hatcher, Tara
2422 J W Miller Rd.
Graceville, FL 32425

Herter, Esq., Bradford C.
Office of the General Counsel
Agency for Health Care Administration
2727 Mahan Drive, MS#7
Tallahassee, FL 32308-5407

Hewett, Robin
2491 Honeypot Lane
Marianna, FL 32446-2500

Hicks, Heston
1106 First Avenue
Graceville, FL 32440-4260

Hill Country Ltd.
c/o Jacob Slowik, Esq.
Joseph, Aleem & Slowik, LLC
3414 Peachtree Road, Ste. 360
Atlanta, GA 30326-1143

Hill Country Toxicology
7909 Fredericksburg Rd.
Ste 150
San Antonio, TX 78229-3400

Home Oil Company, Inc.
5744 East US Hwy 84
Cowarts, AL 36321-9085

Homewood Suites Mobile
530 Providence Park Dr., East
Mobile, AL 36695-4614

House, Mikayla
71 Cb Barn Road
Cottonwood, AL 36320-3209

Howard, Jordan
114 Sedona Lane, Apt. 1
Dothan, AL 36301-8531

Humana
P.O. Box 931655
Atlanta, GA 31193-1655

Humana, Inc.
Robins Kaplan LLP, Attn. Scott Gautier
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208

Hy-Temp Gas Corp.
106 Industrial Drive
Bonifay, FL 32425-2564

Imperium Health Resources
5205 Lighthouse Drive
Flower Mound, TX 75022-6463

Instrumentation Laboratory
P.O. Box 347934
Pittsburgh, PA 15251-4934

Internal Revenue Service
651 West 14th Street
Panama City, FL 32401-2279

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jackson County Floridan
P.O. Box 520
Marianna, FL 32447-0520

Jackson County Times
2866 Madison Street
Marianna, FL 32448-4610

Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 N. Laura St., Ste. 1100
Jacksonville, FL 32202-3611

Jimenez, Stephanie
130 Pybus Road
Cottonwood, AL 36320-3502

Jones, Susan
310 Hidden Creek Cr  4
Dothan, AL 36301-5578

Jones, Thomas
1245 Campbellton Hwy.
Dothan, AL 36301-7624

Jordan Peskin, P A
1512 Hwy 90
Chipley, FL 32428-2177

Joshuason Rehabilitation and Pain
3212 Wilmington Road
New Castle, PA 16105-1178

Julaton, Anthony
774 Hoyt Street, Apt 6
Chipley, FL 32428-1607

Kavanagh, Barbara
3459 Seminole Lane
Marianna, FL 32448-1403

Knight, Joyce
372 County Rd  48
Slocumb, AL 36375-5895

LabPro
7444 W. Wilson Ave.
Harwood Heights, IL 60706-4500

Labcorp of America
QA Department
1904 Alexanders Dr
Durham, NC 27709

Labsco
P.O. Box 670269
Dallas, TX 75267-0269

Lenovo Financial Services
10201 Centurion Parkway N.
Suite 100
Jacksonville, FL 32256-4114

Lenovo Financial Services
21146 Network Place
Chicago, IL 60673-1211

Liberty National Life
Attn: Worksite Billing Dept
P.O. Box 248889
Oklahoma City, OK 73124-8889

Lifebrite Laboratories, LLC
9 Corporate Blvd, NE. Suite 150
Atlanta, GA 30329-1908

Lifebrite Laboratories, LLC
c/o Ronald H. Trybus, Esq.
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601-0800

Lighthouse Medical
300 E. Walnut Ave.
Altoona, PA 16601-5210

Logistic Services Of Alabama
P.O. Box 1668
Dothan, AL 36302-1668

Lowery, Sharon
4693 Berkshire Road
Marianna, FL 32446-6922

Lundgren, Donna
2085 Highway 177
Bonifay, FL 32425-6919

MHN
P.O. Box 9088
San Rafel, CA 94912-9088

MRO Compliance
Attn.:  Wade H Melvin, M.D.
1165 State Park Rd.
Chipley, FL 32428-4457

Mack, Janice
3472 First Ave.
Bonifay, FL 32425-3506

Madison O'Connell, Esquire
Conroy Simberg
1801 Centrepark Drive East, Suite 200
West Palm Beach, FL 33401-7427

Magellan
14100 Magellan Plaza
Maryland Heights, MO 63043-4644

Magic City Investments, LLC
c/o Angelica Gentile, Esq.
Shamis & Gentile, P.A.
14 N.E. 1st Avenue, Suite 400
Miami, FL 33132-2404

Manning, Pamala
3817 Hwy 2
Graceville, FL 32440-7407

Marquette Equipment Finance, LLC
6975 Union Park Center, Suite 200
Midvale, UT 84047-6095

Martinez, Cynthia
5215 Sharp Lane
Graceville, FL 32440-4347

McPherson Pest Control
7979 Shady Grove Road
Grand Ridge, FL 32442-3815

Mcdonald, Hilda
3932 Alaflo Road
Samson, AL 36477-8234

Mckesson Technologies, Inc
22423 Network Place
Chicago, IL 60673-1224

Meadows, Ashley
1549 N Hwy 79
Bonifay, FL 32425-6418

Mears, Edith
2459 Spring Lake Road
Defuniak Springs, FL 32433-5320

Medi-Dose, Inc
Lock Box 238
Jamison, PA 18929-0238

(p)MEDLINE INDUSTRIES INC
ATTN ANNE KISHA
ONE MEDLINE PL
MUNDELEIN IL 60060-4486

Mission Toxicology, LLC.
c/o Lynn Murphy, CEO
45 NE Loop 410, Suite 215
San Antonio, TX 78216-5884

Mixson, Mary
1095 White Ave.
Graceville, FL 32440-1826

Moore, Micah
5018 Hwy 77
Graceville, FL 32440-4238

Moore, Peggy
5046 Peanut Rd
Graceville, FL 32440-4244

Morgan, Donna
2908 Country Club Drive
Lynn Haven, FL 32444-5108

Nicola G. Suglia, Esquire of Fleischer, Flei
Four Greentree Centre
601 Route 73 N., Suite 305
Marlton, NJ 08053-3475

Nuclear Med Imaging, Inc.
1845 Cane Mill Road
Chipley, FL 32428-3961

Obar Insurance Agency
P.O. Box 594
Graceville, FL 32440-0594

Odom, Kelsey
1019 Sunday Road
Chipley, FL 32428-4834

Olds, Kasundra
2591 Hwy 2
Campbellton, FL 32426-7248

Ombing, Jezzamine
1346 Watts Ave.
Chipley, FL 32428-1310

One Blood, Inc
Blood Center
2503 Commercial Park Drive
Marianna, FL 32448-2522

Oneal, Karen
6100 Buffalo Road
Greenwood, FL 32443-2098

Outback Cabinet Shop
1334 Truett Circle
Bonifay, FL 32425-6332

PRS - Payment Resolution Services
P.O. Box 415000
Nashville, TN 37241-5000

Pacific Western Equipment Finance
6975 Union Park Center
Suite 200
Cottonwood Heights, IU 84047-6095

Pahn
5035 Hwy. 90 East
Suite B
Marianna, FL 32446-7846

Palmer Electric Construction
1023 North Beverlye Rd.
Dothan, AL 36303-5523

Park Avenue Capital LLC. dba Max MD
c/o Scott A. Finlay
2200 Fletcher Avenue
Fort Lee, NJ 07024-5016

Parrish, Esq., Russell N.
Farmer, Price, Hornsby & Weatherford LLP
P.O. Box 2228
Dothan, AL 36302-2228

Pate, Alice
3618 Earlston Road
Graceville, FL 32440-4618

Path 2 Wellness Spine and Health
2801 W. Expy. 83, #250
McAllen, TX 78503-8330

Peacock, Cynthia
1681 Peacock Lane
Westville, FL 32464-3437

Peacock, Dorothy
4640 Clayton Drive
Marianna, FL 32446-6924

Peck, Marta
2711 Muir Lane
Bonifay, FL 32425-7681

Pelham, Pat
5228 Smokey Road
Graceville, FL 32440-4362

Perez, Sr., Jorge E.
8770 SW 72nd Street
Apt. 412
Miami, FL 33173-3512

Perry, Aubrey
3648 Hwy 2
Graceville, FL 32440-7500

Philips Healthcare
North America
P.O. Box 100355
Atlanta, GA 30384-0355

Physicians Stat Lab, Inc.
c/o Benjamin J. Robinson, Esq.
Broad and Cassel, LLP
390 N. Orange Ave, Suite 1400
Orlando, FL 32801-1687

Piggly Wiggly
5355 Cotton Street
Graceville, FL 32440-1735

Pirate Medical Services
P.O. Box 758
Marianna, FL 32447-0758

Pittman, Trish
1101 10th Avenue
Graceville, FL 32440-2002

Policy Managers
317 Riveredge Blvd.
Suite 206
Cocoa, FL 32922-7985

Porter, Rhonda
3508 Antique Road
Graceville, FL 32440-7902

Prestige
P.O. Box 7367
London, KY 40742-7367

Priority Health
P.O. Box 269
Grand Rapids, MI 49501-0269

Providence
P.O. Box 4327
Portland, OR 97208-4327

QPWB
9300 South Dadeland Blvd.
4Th Floor
Miami, FL 33156-2748

Qualitox
313 E. Pleasant Valley Blvd.
Altoona, PA 16602-5512

R & M Electric Service
853 Main Street
Chipley, FL 32428-1928

RTI Medical Systems
2010 Ross Clark Cir.
Dothan, AL 36301-5746

Ramsey, Karen
5381 B O Knight Drive
Graceville, FL 32440

Reasonable Choices, Inc.
738 N. Limestone Street
Springfield, OH 45503-3616

Redding, Shayla
1175 Cadillac Ranch Lane
Graceville, FL 32440-7135

Reese, Katrina
6530 Nada Drive
Grand Ridge, FL 32442-4146

Reliance Lab
5387 Nob Hill Road
Sunrise, FL 33351-4761

Rhodes, Brenda
1172 Cadillac Ranch Lane
Graceville, FL 32440-7134

Rigsby, Jimmy
4760 Georgia Road
Greenwood, FL 32443-1838

Roberts, Lola
1020 Washington Ave  4
Graceville, FL 32440-1320

Robinson, Esq., Benjamin J.
Broad and Cassel LLP
390 N. Orange Avenue, Ste. 1400
Orlando, FL 32801-1687

Rojas, Nestor
8835 SW 107th Avenue
Miami, FL 33176-1411

Ronald A. Mowrey
Mowrey Law Firm, P.A.
515 North Adams Street
Tallahassee, FL 32301-1111

Royal Life Centers, LLC
C/O Frank Cid
701 S Swinton Ave, Apt. G
Delray Beach, FL 33444-2377

Russ, Christie
1186 Airport Rd
Slocomb, AL 36375-5320

S & W Auto Parts, Inc
5328 Cotton Street
Graceville, FL 32440-2252

Sanborn, Esq., Clifford W.
Barron & Redding
220 McKenzie Avenue
Panama City, FL 32401-3145

Sanofi Paster, Inc.
12458 Collections Center Dr.
Chicago, IL 60693-0001

Saul, M.D., Steven J
1818 Massachusetts Ave.
Lynn Haven, FL 32444-4116

Scanlan, Serita
2310 Jewel Road
Alford, FL 32420-8511

Scott F. Gautier
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208

Scurlock, Wendy
3655 Peanut Road
Cottondale, FL 32431-6817

Seldon J. Childers, Esq.
ChildersLaw, LLC
2135 N.W. 40th Terrace, Suite B
Gainesville, FL 32605-5802

Selecta Labs
7290 S.W. 42 Street
Miami, FL 33155-4506

ServisFirst Bank
4801 W. Main Street
P.O. Box 6456
Dothan, AL 36302-6456

Seth Guterman, M.D.
2000 Spring Road, Suite 200
Oak Brook, IL 60523-1956

Sherry Brown Tax Collector
P.O. Box 697
Marianna, FL 32447-0697

Shred It
P.O. Box 13574
Newark, NJ 07188-3574

Siemens Healthcare Diagnostics, Inc.
P.O. Box 121102
Dallas, TX 75312-1102

Sims, Teresa
5240 Cliff Street
Graceville, FL 32440-2526

Skipper, Pamela
1927 Rough Lane
Bonifay, FL 32425-9102

Skipper, Samantha
1013 White Ave.
Graceville, FL 32440-1813

Smith, Joyce
5254 Friendship Church Rd.
Malone, FL 32445-3404

Sniffen & Spellman
123 North Monroe St.
Tallahassee, FL 32301-1509

South Alabama Diagnostic
P.O. Box 1928
Bainbridge, GA 39818-1928

Southeast Telecom
P.O. Box 26
Black, AL 36314-0026

(p)SOUTHEASTERN EMERGENCY EQUIPMENT
PO BOX 1097
YOUNGSVILLE NC 27596-1097

Southern Light
107 St. Francis St.
Suite 1800
Mobile, AL 36602-3318

Spectrum Enterprise
P.O. Box 31709
Tampa, FL 33631-3709

Stanley
65 Scott Swamp Rd.
Farmington, CT 06032-2803

Staples, Inc
P.O. Box 405386
Atlanta, GA 30384-5386

Starmark
P.O. Box 2942
Clinton, IA 52733-2942

Staywell
P.O. Box 31370
Tampa, FL 33631-3370

Stericycle, Inc
P.O. Box 6575
Carl Stream, IL 60197-6575

Sun Ancillary Management, LLC
c/o Lynn Murphy, CEO
45 NE Loop 410, Suite 215
San Antonio, TX 78216-5884

Sun Clinical Lab
45 N.E. Loop 410
Ste 215
San Antonio, TX 78216-5884

Sunland Welfare Trust Fund
3682 Connally Dr.
Marianna, FL 32446-7971

Sysco Food Service
Gulf Coast
2001 W Magnolia Ave
Geneva, AL 36340-1209

TAC Diagnostics, Inc.
c/o Kurt Mitchell, Esq.
3001 Riverview Blvd.
Bradenton, FL 34205-3420

Taylor Power System Inc
415 Hwy 49S
Richland, MS 39218-9496

Taylor, Troy
5383 College Drive
Graceville, FL 32440-1974

Taylor, Valerie
24070 Hanna Ln.
Altha, FL 32421-3604

The Peoples Choice Hospital, LLC
1200 Harger Road, Suite 408
Oak Brook, IL 60523-1818

The Peoples Choice Hospital, LLC
Attn: Goldstein & McClintock LLLP
111 West Washington Street, Suite 1221
Chicago, IL 60602-3482

The Peoples Choice Hospital, LLC
Goldstein & McClintock LLLP
111 West Washington Street, Suite
Chicago, IL 60602-2703

Toole, Cecil
2535 Hwy 2
Bonifay, FL 32425-7279

Toole, Rebecca
2535 Hwy 2
Bonifay, FL 32425-7279

Toole, Tami
958 10th Ave.
Graceville, FL 32440-1604

Trane US, In.c
P.O. Box 406469
Atlanta, GA 30384-6469

Tricare
P.O. Box 7032
Camden, SC 29021-7032

Truett, Michaela
1083 White Ave., Apt 3
Graceville, FL 32440-1856

Tungol Law Office
7705 Farmingdale Dr.
Darien, IL 60561-4811

Turner, Amanda
410 E. Pennsylvania Ave.
Bonifay, FL 32425-2322

Turnkey Recovery
1301 W Eau Gallie Blvd.
Suite 96
Melbourne, FL 32935-5390

UHC - United Health Care
P.O. Box 740804
Atlanta, GA 30374-0804

UMR - United Medical Resources
7166 N. Nob Hill Road #18
Pompano Beach, FL 33321-1839

UNUM
P.O. Box 409548
Atlanta, GA 30384-9548

UPMC Health Plan
P.O. Box 2968
Pittsburgh, PA 15230-2968

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

US Postmaster
CMRS-P.O.C
P.O. Box 7247-0255
Philadelphia, PA 19170-0255

USF Healthcare Consultants
P.O. Box 326
Prospect, KY 40059-0326

UnitedHealthcare Insurance Company
Attn: CDM - Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

Vickers, Donna
2927 T J Mitchell Road
Bonifay, FL 32425-6731

WJAQ Radio Station
4376 Lafayette Street
P.O. Box 569
Marianna, FL 32447-0569

WMA Pharmacy Services P.A.
1470 Griffith Circle
Bonifay, FL 32425-3176

Walker, Heather
3840 Sain Drive
Graceville, FL 32440-7120

Ward, Joann
1037 Walter Street
Esto, FL 32425-3597

Washington County News
1364 N. Railroad Ave.
Chipley, FL 32428-1456

Waste Management
2625 W Grandview Rd Ste 150
Phoenix, AZ 85023-3109

Waste Management of Dothan
P.O. Box 105453
Atlanta, GA 30348-5453

Watson & Downs Investments, L.L.C.
P.O. Box 1207
Dothan, AL 36302-1207

Weed, Stephen
5661 Eddins Rd
Dothan, AL 36301-9575

Wellbody Physical Therapy
951 Prim Ave
Suite 18
Graceville, FL 32440-2500

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Werfen USA LLC
P.O. Box 347934
Pittsburg, PA 15251-4934

Wheatley, Linda
5374 Ezell Street
Graceville, FL 32440-1802

Whittington, Samuel
5404 Florida Street
Graceville, FL 32440-1508

Whole Health
Attn.: Dr. Michael Ligotti, D.O.
402 S.E. 6th Ave
Delray Beach, FL 33483-5231

William H. Crawford, Esq.
Post Office Box 15158
Tallahassee, FL 32317-5158

Williamson, Nicole
351 S. St. Hwy 103
Slocumb, AL 36301

Wittichen Supply Company
Attn: Bob Barnes, Credit Manager
2912 3rd Avenue North
Birmingham, AL 35203-3908

Wolters Kluwer
4829 Innovation Way
Chicago, IL 60682-0048

Womble, Michael
1407 Highway 173
Graceville, FL 32440-7801

Woodalls Total Comfort
3608 Hwy. 90
Marianna, FL 32446-8911

Worleys Plumbing & Drain Clean
P.O. Box 6012
Marianna, FL 32447-6012

Wright, Olga
16 Holman Street
Daleville, AL 36322-5718

Zoll
P.O. Box 27028
New York, NY 10087-7028

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Philip Alan Bates +
Philip A. Bates, P.A.
P.O. Box 1390
Pensacola, FL 32591-1390

Russell M. Blain +
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St.
Suite 200
Tampa, FL 33602-4718

David Luther Woodward +
 Law Offices of David Luther Woodward PA
1415 Lemhurst Road
Post Office Box 4475
Pensacola, FL 32507-0475

Michael Patrick Dickey +
DUNLAP & SHIPMAN, P.A.
2063 S. Country Hwy. 395
Santa Rosa Beach, FL 32459-7191

Kenneth G. M. Mather +
Gunster, Yoakley & Stewart, P.A.
401 East Jackson Street
Suite 2500
Tampa, FL 33602-5226

Jason B. Burnett +
GrayRobinson, P.A.
50 North Laura Street
Suite 1100
Jacksonville, FL 32202-3611

Brian G. Rich +
Berger Singerman LLP
313 N. Monoe Street
2nd Floor
Tallahassee, FL 32301-7643

Leyza F. Blanco +
Sequor Law
1001 Brickell Bay Drive
9th Floor
Miami, FL 33131-4937

Geoffrey J. Peters +
Weltman, Weinberg & Reis Co. LPA
3705 Marlane Drive
Grove City, OH 43123-8895

Arthur C. Neiwirth +
Quintairos Prieto Wood & Boyer, P.A.
1 East Broward Blvd.
Suite 1400
Ft. Lauderdale, FL 33301-1834

Courtney A. McCormick +
McGuireWoods LLP
50 N. Laura Street
Suite 3300
Jacksonville, FL 32202-3661

Alan Weiss +
Holland & Knight llp
50 N. Laura Street
39th Floor
Jacksonville, FL 32202-3622

Madison Wilson +
1801 Centrepark Drive East
Suite 200
West Palm Beach, FL 33401-7427

Matthew Ian Kramer Sr.+
Weinberg, Wheeler, Hudgins, Gunn & Dial
2601 South Bayshore Drive
Suite 1500
Miami, FL 33133-5474

William H. Crawford +
Thompson, Crawford & Smiley, P.A.
P.O. Box 15158
Tallahassee, FL 32317-5158

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Jason H. Egan +
Office of the U. S. Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301-7728

Seldon J. Childers +
ChildersLaw, LLC
2135 N.W. 40th Terrace
Suite B
Gainesville, FL 32605-5802

Nicole Mariani Noel +
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601-0800

Michael D. Lessne +
Nelson Mullins Broad and Cassel
100 S.E. 3rd Avenue
Suite 2700
Ft. Lauderdale, FL 33394-0017

Michael J Niles +
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301-7643

Frank Paul Terzo +
Nelson Mullins Broad and Cassel
100 S.E. 3rd Avenue
Suite 2700
Ft. Lauderdale, FL 33394-0017

JAMES D. SILVER +
Kelley Kronenberg
8201 Peters Road
Suite 4000
Fort Lauderdale, FL 33324-3267

Katherine Fackler +
Akerman LLP
50 North Laura St.
Suite 3100
Jacksonville, FL 32202-3659

Jeff Sessions +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Jodi Daniel Dubose +
Stichter Riedel Blain & Postler, P.A.
41 N. Jefferson Street
Suite 111
Pensacola, FL 32502-5669

Sarah St John Walton +
Philip A. Bates, P. A.
P. O. Box 1390
Pensacola, FL 32591-1390

Denise D. Dell-Powell +
Dean Mead Egerton Bloodworth Capouano &
420 S. Orange Avenue
Suite 700
Orlando, FL 32801-4911

Kathryn Michelle Jordan +
Blankenship Jordan P.A
1512 Hwy 90
Chipley, FL 32428-2177

Daniel Charles Curth +
Goldstein & McClintock LLLP
111 W. Washington St.
Suite 1221
Chicago
Chicago, IL 60602-3482

Adam M Walters +
Walters Law P.C.
100 BLUE FIN CIR
SUITE 1
SAVANNAH
SAVANNAH, GA 314102463

Yussuf Abdel-aleem +
1355 Peachtree Street NE
Suite 700
Atlanta, GA 30309-3260

Gary M. Freedman +
Broad and Cassel
2 South Biscayne Blvd.
Suite 2100
Miami, FL 33131-4399

| | | |
|---|---|---|
| Gary M. Freedman + | Ashlea Ann Edwards + | David Benjamin Honig + |
| Nelson Mullins Broad and Cassel | c/o GrayRobinson, P.A. | Hall Render Killian Heath & Lyman |
| 2 South Biscayne Blvd. | 50 North Laura Street | 500 N. Meridian Street |
| Suite 2100 | Suite 1100 | Ste. 400 |
| Miami, FL 33131-1811 | Jacksonville, FL 32202-3611 | Indianapolis, IN 46204-1293 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission | Badcock Home Furnishings | Medline Industries, Inc |
| Branch of Reorganization | P.O. Box 303 | Dept. Ch. 14400 |
| 3475 Lenox Rd., N.E. Suite 100 | Graceville, FL 32440 | Palatine, IL 60055-4400 |
| Atlanta, GA 30326-1323 | | |

Southeastern Emergency Equipment
P.O. Box 1097
Youngsville, NC 27596

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Above and Beyond | (d)Advanced Clinical Laboratory Solutions, In<br>2277-83 Coney Island, Suite 3B<br>Brooklyn, NY 11223 | (d)Aetna, Inc.<br>c/o Philip A. Bates, P.A.<br>P.O. Box 1390<br>Pensacola, FL 32591-1390 |
| (u)Barefoot, Lamar | (u)Beyond Labs LLC | (u)CGHTest |
| (u)Clinical Services Direct LLC | (u)Endevor Recovery | (u)First Choice |
| (u)Flo Mass | (u)Functional Rehabilitation Center | (d)Mckesson Medical Surgical<br>4345 Southpoint Blvd<br>Jacksonville, FL 32216-6166 |
| (u)Nationwide Lab Services | (u)Northlake Family Medical Practice | (d)Oscar Delatorre<br>Detekted, Inc.<br>8306 Mills Drive, #619<br>Miami, FL 33183-4838 |

Case 17-40185-KKS   Doc 1037   Filed 06/03/19   Page 52 of 52

(u)PedIM Healthcare

(d)Post Trauma Institute of Louisiana
c/o Anna Stewart Whites
327 Logan Street
P O Box 4023
Frankfort, KY 40604-4023

(u)Premier Medical Inc.

(u)Principal Labs

(u)Universal Health & Wellness

(d)Yussuf Abdel-aleem
Mohamad Ahmad
1355 Peachtree Street NE
Suite 700
Atlanta, Georgia 30309-3260

(d)Ronald A. Mowrey +
Mowrey Law Firm, P.A.
515 North Adams Street
Tallahassee, FL 32301-1111

End of Label Matrix
Mailable recipients    512
Bypassed recipients     22
Total                  534