# EXHIBIT "A"

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

IN RE:                                                          Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL
CORPORATION,                                                    Chapter 11

                Debtor.

_____/

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST EMPOWER H.I.S., LLC AND JORGE A. PEREZ.

STATE OF FLORIDA            )
                            ) ss.
COUNTY OF MIAMI-DADE        )

Gary M. Freedman, being duly sworn by me, the undersigned authority, a Notary Public within and for aforesaid county and state, deposes and states:

1.      My name is Gary M. Freedman and I am an attorney admitted to practice in the State of Florida. I am a partner with the law firm of Nelson Mullins Broad and Cassel and represent the Liquidating Trustee, on behalf of the Campbellton Graceville Hospital Liquidating Trust (the "Trustee") in the above-captioned proceeding. I am familiar with the matters set forth herein and submit this Affidavit in support of *Trustee's Motion for Default Final Judgment Against Empower H.I.S. LLC and Jorge A. Perez* (the "Motion").[1]

---

[1] Unless otherwise defined in this Affidavit, all terms will have the same meaning as ascribed to them in the Motion.

2.     On May 13, 2019, I sent, on behalf of the Liquidating Trust, correspondence to Empower and Perez via Fedex and U.S. Mail setting the date of the Sworn Statement on May 21, 2019 as required pursuant to the Mediation Agreement (the "Sworn Statement Request"). A copy of the Sworn Statement Request is attached as Exhibit "1."

3.     On May 21, 2019, I was at the Offices of Nelson Mullins Broad and Cassel located at 2 South Biscayne Boulevard, 21st Floor Miami, Florida 33131, prepared to take the Sworn Statement of Jorge Perez pursuant to the Sworn Statement Request.

4.     Neither Jorge Perez nor Empower appeared on that day for the Sworn Statement. 5. Neither Jorge Perez nor Empower ever contacted me in respect of the Sworn Statement Request.

5.     Copies of the Certificate of Non-Appearance are attached as Exhibit "D" to the Motion for Entry of Default Final Judgment Against Empower H.I.S., LLC and Jorge A. Perez.

6.     Empower never provided any software used at the Debtor's facility as required by the Mediation Agreement.

7.     Perez and Empower have failed to comply with the terms of the Mediation Agreement.

Further Affiant Sayeth Naught



Gary M. Freedman

Before Me, the undersigned authority, personally appeared Gary M. Freedman, who is personally known to me, and who did take an oath.

Name of Notary, Type, Printed or Stamped.

MARIA PILAR SALGADO
MY COMMISSION # FF906919
EXPIRES August 27, 2019
(40/) 398-0153    FloridaNotaryService.com

 **NELSON MULLINS**
BROAD AND CASSEL

Gary M. Freedman
Direct Line: 305.373.9449
Gary.Freedman@nelsonmullins.com

ATTORNEYS AND COUNSELORS AT LAW

One Biscayne Tower
2 South Biscayne Blvd.  |  21st Floor
Miami, FL 33131
T: 305.373.9400  F: 305.373.9443

nelsonmullins.com
* In Florida, known as Nelson Mullins Broad and Cassel

May 13, 2019

**VIA FEDEX AND U.S. MAIL**

Jorge Perez
Empower H.I.S., LLC
8770 SW 72nd Street
No. 459
Miami, FL 33173

Registered Agent
Empower H.I.S., LLC
8724 SW 72nd Street
# 459
Miami, FL 33173

> Re:  Mediation Settlement Agreement Between (I) the Debtor, Campbellton Graceville Hospital Corporation; (II) The Official Committee of Unsecured Creditors; and (III) Empower H.I.S., LLC and George Perez (the "Settlement Agreement")

Dear Mr. Perez:

Pursuant to Section J of the Settlement Agreement, you agreed to "meet with the Debtor and Committee, upon reasonable notice of said meeting and a time and place convenient for all of the attending parties, and provide a sworn statement to questions raised by the Debtor and Committee regarding [your] and Empower's participation in an operation of the Lab Program which would be considered the Debtor, Committee and Liquidating Trust's work product and subject to any discovery privilege related thereto" (the "Sworn Statement").  Accordingly, we would like to meet with you at our offices at 2 South Biscayne Boulevard, Floor 21, Miami, FL 33031, at 12:00 PM on May 21, 2019 to take your Sworn Statement. If this date is inconvenient for you, please let us know upon your receipt of this letter and  provide three alternative dates within the two-week period commencing on May 20, 2019 for the taking of your Sworn Statement. Please keep in mind that unless we hear from you, counsel for the Liquidating Trustee will be flying in and a court reporter will be retained for your Sworn Statement on May 21, 2019.

4840-6627-3943.5
DO03 DO

**EXHIBIT "1"**

Jorge Perez
Registered Agent
May 13, 2019
Page 2


In addition, pursuant to Paragraph J of the Settlement Agreement, "the Empower Entities, at no charge, shall turn over all software used at the Debtor's facility ("Empower Software") within their possession or control [and] will [ ] use their commercially reasonable efforts to assist the Debtor and the Committee in accessing and reviewing the Empower Software with the assistance of the Debtor and Committee's IT representatives, on site as appropriate and if necessary." Accordingly, please immediately provide a date and time when we may access the Empower Software.

We look forward to hearing from you.

Very truly yours

NELSON MULLINS BROAD AND CASSEL

Gary M. Freedman

GMF:do

Cc:    Marshall Glade
       Brian Rich
       Frank Terzo
       Mike Niles

4840-6627-3943.5
DO03 DO



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

**Daura Ospina**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, May 14, 2019 11:09 AM |
| **To:** | Daura Ospina |
| **Subject:** | FedEx Shipment 787225728458 Delivered |

◀**External Email**▶ - From: prvs=903740e600=bounce@nds.fedex.com

# Your package has been delivered

## Tracking # 787225728458

| Ship date: | | Delivery date: |
|---|---|---|
| **Mon, 5/13/2019** | | **Tue, 5/14/2019 11:06 am** |
| **Gary Freedman** | | **Jorge Perez** |
| Nelson Mullins and Broad and Cassel | Delivered | Empower H.I.S., LLC |
| Miami, FL 33131 | | 8770 SW 72ND ST |
| US | | MIAMI, FL 33173 |
| | | US |

## Personalized Message

PSShip eMail Notification

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 787225728458 |
| **Status:** | Delivered: 05/14/2019 11:06 AM Signed for By: Signature Release on file |
| **Reference:** | 058315.01500-gfreedman- |
| **Signed for by:** | Signature Release on file |
| **Delivery location:** | MIAMI, FL |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | No Signature Required |
| | Deliver Weekday |



1

**Standard transit:**               5/14/2019 by 3:00 pm

## This tracking update has been requested by:

**Company name:**        Nelson Mullins and Broad and Cassel

**Name:**                Gary Freedman

**Email:**               gary.freedman@nelsonmullins.com

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:08 AM CDT on 05/14/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

This tracking update has been sent to you by FedEx on behalf of the Requestor gary.freedman@nelsonmullins.com. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

2



FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

## Track Fedex package

| 787225869370 | | Track |

📷 Fedex package #787225869370
www.fedex.com

# Delivered: Tue, May 14, 11:06 AM

🚚

Processed                    In transit                    Delivered

| DATE | TIME | LOCATION | STATUS |
|------|------|----------|--------|
| May 14 | 11:06 AM | Miami, FL, United States | Delivered |
| May 14 | 8:36 AM | Miami, FL, United States | On FedEx vehicle for delivery |
| May 14 | 7:41 AM | Miami, FL, United States | At local FedEx facility |
| May 13 | 8:01 PM | Miami, FL, United States | Left FedEx origin facility |
| May 13 | 7:01 PM | Miami, FL, United States | Picked up |

Data from **fedex.com**