# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | | |
|---|---|---|
| IN RE: CAMPBELLTON-GRACEVILLE HOSPITAL CORPORATION, | } } } } } } | CASE NUMBER: 17-40185-KKS<br><br>JUDGE SPECIE<br><br>CHAPTER 11 |
| DEBTOR. | | |

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**
**FROM** April 1, 2020  **TO**  June 30, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: July 8, 2020

*/s/ Brian G. Rich*
Attorney for Debtor

Debtor's Address
and Phone Number:
3445 Peachtree Road Ste 1225
Atlanta, GA 30326

Tel. (404) 835-8867

Attorney's Address
and Phone Number:
313 North Monroe Street, Suite 301
Tallahassee, FL 32301

Bar No. _____
Tel. (850) 561-3010

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                                           **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. | Is the Debtor current on all post-confirmation plan payments? | x | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | x |
| 2. | Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
D&O Insurance was cancelled January 30, 2019 when the board was dissolved.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: __None__

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

July 2, 2020                        _____
                                                                                Debtor's Signature

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | CAMPBELLTON-GRACEVILLE HOSPITAL CORPORATION |
|---|---|
| Case Number: | 17-40185-KKS |
| Date of Plan Confirmation: | November 5, 2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 326,308.45 | $ 222,960.50 |
| 2. | **INCOME or RECEIPTS** | | | |
| | a. Income or Receipts during the Period | | $ 254,557.90 | $ 6,051,943.55 |
| | b. Refused Distributions | | $ - | $ 2,887.37 |
| | **Total Income** | | $ 254,557.90 | $ 6,054,830.92 |
| 3. | **DISBURSEMENTS** | | | |
| | a. Operating Expenses (Fees/Taxes): | | | |
| | (i) U.S. Trustee Quarterly Fees | | $ 4,875.00 | $ 45,465.00 |
| | (ii) Federal Taxes | | - | - |
| | (iii) State Taxes | | - | - |
| | (iv) Other Taxes | | - | - |
| | (v) Bank Fees | | - | 1,989.85 |
| | (vi) Professional Fees | | 149,118.28 | 2,028,407.83 |
| | b. All Other Operating Expenses: | | $ 832.21 | $ 726,306.39 |
| | c. Plan Payments: | | | |
| | (i) Administrative Claims | | $ - | $ 50,369.42 |
| | (ii) Convenience Class | | - | 165,959.39 |
| | (iii) Professional Fees | | - | 2,670,299.01 |
| | (iv) Priority Claims | | - | 5,724.36 |
| | (v) Secured Claims | | - | 1,335.44 |
| | (vi) Admin Orders | | - | 10,253.40 |
| | (vii) Refund to Tax District | | - | 145,640.47 |
| | **Total Disbursements (Operating & Plan)** | | $ 154,825.49 | $ 5,851,750.56 |
| 1. | **CASH (End of Period)** | | $ 426,040.86 | $ 426,040.86 |

Notes:
[1] Excludes transfers between debtor accounts.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | EastWest Bank | First Federal | First Federal | Peoples Bank |
| Account Number: | 7770 | 1742 | 1625 | 0608 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Accounts Payable | Operating | Public Fund |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | 424,880.29 | 0.00 | 0.00 | 0.00 |
| 2. **ADD**: Deposits not credited | 6,500.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | -5,339.43 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 426,040.86 | 0.00 | 0.00 | 0.00 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #5 | Account #6 | Account #7 | Account #8 |
|---|---|---|---|---|
| Name of Bank: | Peoples Bank | Peoples Bank | Peoples Bank | Escrow |
| Account Number: | 0377 | 0894 | 1147 | Held by Counsel |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Payroll | Tax | Escrow |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. **ADD**: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. **SUBTRACT**: Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. **Month End Balance** (Must Agree with Books) | 0.00 | 0.00 | 0.00 | 0.00 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

**Campbellton-Graceville Hospital Corporation**
**Check Listing by Bank Account**
**January through March 2020**

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **East West Trust Acct...7770** | | | | | | |
| Check | 04/13/2020 | 1067 | Metro Self Storage | Storage unit 1602 - Carol Fox | Other | -278.72 |
| Bill Pmt | 04/24/2020 | Wire | Berger Singerman LLP | Inv 222464 Jan 2020 | Other Professional Fees | -30,321.60 |
| Check | 05/04/2020 | 1068 | Metro Self Storage | Storage unit 1602 - Carol Fox | Other | -139.36 |
| Bill Pmt | 05/04/2020 | ACH | US Trustee | Account #294-17-40185 | US Trustee Fees | -4,875.00 |
| Check | 05/27/2020 | 1069 | Metro Self Storage | Storage unit 1602 - Carol Fox | Other | -278.72 |
| Bill Pmt | 05/29/2020 | Wire | Berger Singerman LLP | Inv 223799 & Inv 224524 | Other Professional Fees | -52,313.43 |
| Bill Pmt | 05/29/2020 | Wire | GlassRatner Advisory & Cap | Inv 53736 | Other Professional Fees | -7,277.02 |
| Bill Pmt | 05/29/2020 | Wire | Nelson Mullins | Inv 2092620 - Dec 2019 - Mar 2 | Other Professional Fees | -59,206.23 |
| Check | 06/26/2020 | 1070 | Metro Self Storage | Storage unit 1602 - Carol Fox | Other | -135.41 |
| **TOTAL** | | | | | | **-154,825.49** |

**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: April 01, 2020
ENDING DATE: April 30, 2020
Total days in statement period: 30
███████7770
( 0 )

CAMPBELLTON-GRACEVILLE HOSPITAL
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-40185
OPERATING ACCOUNT
3445 PEACHTREE RD NE SUITE 1225
ATLANTA GA 30326-3241

We're here to continue to provide you with uninterrupted banking services as we navigate the COVID-19 pandemic together. Learn more about the additional support available to our impacted customers and any updates on adjusted branch hours at eastwestbank.com.

## Business Elite

| | | | | |
|---|---|---|---|---|
| Account number | ███████7770 | Beginning balance | | $336,843.58 |
| Low balance | $336,843.58 | Total additions | ( 5 ) | 139,777.78 |
| Average balance | $349,800.02 | Total subtractions | ( 1 ) | 30,321.60 |
| | | Ending balance | | $446,299.76 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-09 | Deposit | | 2,000.00 |
| | 04-15 | Deposit | | 7,777.78 |
| | 04-17 | Wire Trans-IN | QUALITOX LABORATORIES LLC | 17,500.00 |
| | 04-24 | Wire Trans-IN | MMB STRATEGY LLC | 12,500.00 |
| | 04-30 | Wire Trans-IN | THE CARTER LAW GROUP LLC | 100,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-24 | Outgoing Wire | Berger Singerman L LP | 30,321.60 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 336,843.58 | 04-15 | 346,621.36 | 04-24 | 346,299.76 |
| 04-09 | 338,843.58 | 04-17 | 364,121.36 | 04-30 | 446,299.76 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

1:24 PM
05/04/20

# Campbellton-Graceville Hospital Corporation
## Reconciliation Detail
East West Trust Acct...7770, Period Ending 04/30/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 336,843.58 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 04/24/2020 | Wire | Berger Singerman L... | X | -30,321.60 | -30,321.60 |
|     Total Checks and Payments | | | | | -30,321.60 | -30,321.60 |
|     **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 04/07/2020 | | | X | 2,000.00 | 2,000.00 |
| Deposit | 04/13/2020 | | | X | 7,777.78 | 9,777.78 |
| Deposit | 04/17/2020 | | | X | 17,500.00 | 27,277.78 |
| Deposit | 04/24/2020 | | | X | 12,500.00 | 39,777.78 |
| Deposit | 04/30/2020 | | | X | 100,000.00 | 139,777.78 |
|     Total Deposits and Credits | | | | | 139,777.78 | 139,777.78 |
|     Total Cleared Transactions | | | | | 109,456.18 | 109,456.18 |
| Cleared Balance | | | | | 109,456.18 | 446,299.76 |
|   **Uncleared Transactions** | | | | | | |
|     **Checks and Payments - 8 items** | | | | | | |
| Check | 12/19/2018 | 718 | Labcorp of America | | -1,495.96 | -1,495.96 |
| Check | 12/19/2018 | 708 | Employee Benefits ... | | -20.00 | -1,515.96 |
| Check | 02/18/2020 | 1031 | Healthnet (CA) | | -5,292.88 | -6,808.84 |
| Check | 02/18/2020 | 1023 | CLS Technology | | -1,890.60 | -8,699.44 |
| Check | 02/18/2020 | 1037 | Labcorp of America | | -1,495.96 | -10,195.40 |
| Check | 02/18/2020 | 1033 | Homewood Suites M... | | -316.95 | -10,512.35 |
| Check | 02/18/2020 | 1055 | Graceville Auto Parts | | -22.78 | -10,535.13 |
| Check | 04/13/2020 | 1067 | Metro Self Storage | | -278.72 | -10,813.85 |
|     Total Checks and Payments | | | | | -10,813.85 | -10,813.85 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 04/29/2020 | | | | 4,500.00 | 4,500.00 |
|     Total Deposits and Credits | | | | | 4,500.00 | 4,500.00 |
|     Total Uncleared Transactions | | | | | -6,313.85 | -6,313.85 |
| Register Balance as of 04/30/2020 | | | | | 103,142.33 | 439,985.91 |
|   **New Transactions** | | | | | | |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 05/04/2020 | | | | 4,500.00 | 4,500.00 |
|     Total Deposits and Credits | | | | | 4,500.00 | 4,500.00 |
|     Total New Transactions | | | | | 4,500.00 | 4,500.00 |
| **Ending Balance** | | | | | 107,642.33 | 444,485.91 |

**EASTWESTBANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1   of   3
STARTING DATE: May 01, 2020
ENDING DATE: May 31, 2020
Total days in statement period: 31

███████7770
( 2 )

CAMPBELLTON-GRACEVILLE HOSPITAL
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-40185
OPERATING ACCOUNT
3445 PEACHTREE RD NE SUITE 1225
ATLANTA GA 30326-3241

We're here to continue to provide you with uninterrupted banking services as we navigate the COVID-19 pandemic together. Learn more about the additional support available to our impacted customers and any updates on adjusted branch hours at eastwestbank.com.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ███████7770 | Beginning balance | $446,299.76 |
| Enclosures | 2 | Total additions (5) | 49,979.34 |
| Low balance | $372,151.11 | Total subtractions (6) | 124,127.99 |
| Average balance | $449,987.29 | Ending balance | $372,151.11 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-12 | Deposit | | 9,000.00 |
| | 05-18 | Wire Trans-IN | QUALITOX LABORATORIES LLC | 17,500.00 |
| | 05-20 | Deposit | | 9,777.78 |
| | 05-27 | Wire Trans-IN | MMB STRATEGY LLC | 12,500.00 |
| | 05-29 | Deposit | | 1,201.56 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1033 | 05-18 | 316.95 | * Skip in check sequence | | |
| 1068 * | 05-20 | 139.36 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-05 | Preauth Debit | QUARTERLY FEE PAYMENT 200505 0000 | 4,875.00 |
| 05-29 | Outgoing Wire | BRGR Revenue Depository | 7,277.02 |
| 05-29 | Outgoing Wire | Berger Singerman LLP | 52,313.43 |
| 05-29 | Outgoing Wire | Nelson Mullins Riley & Scarborough | 59,206.23 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 446,299.76 | 05-18 | 467,607.81 | 05-29 | 372,151.11 |
| 05-05 | 441,424.76 | 05-20 | 477,246.23 | | |
| 05-12 | 450,424.76 | 05-27 | 489,746.23 | | |

3409    rev 05-16

**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

CAMPBELLTON-GRACEVILLE HOSPITAL

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: May 01, 2020
ENDING DATE: May 31, 2020
███████7770

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

1:34 PM
06/02/20

# Campbellton-Graceville Hospital Corporation
## Reconciliation Detail
East West Trust Acct...7770, Period Ending 05/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 446,299.76 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 02/18/2020 | 1033 | Homewood Suites M... | X | -316.95 | -316.95 |
| Bill Pmt -Check | 05/04/2020 | ACH | US Trustee | X | -4,875.00 | -5,191.95 |
| Check | 05/04/2020 | 1068 | Metro Self Storage | X | -139.36 | -5,331.31 |
| Bill Pmt -Check | 05/29/2020 | Wire | Nelson Mullins | X | -59,206.23 | -64,537.54 |
| Bill Pmt -Check | 05/29/2020 | Wire | Berger Singerman L... | X | -52,313.43 | -116,850.97 |
| Bill Pmt -Check | 05/29/2020 | Wire | GlassRatner Advisor... | X | -7,277.02 | -124,127.99 |
| Total Checks and Payments | | | | | -124,127.99 | -124,127.99 |
| **Deposits and Credits - 9 items** | | | | | | |
| Bill Pmt -Check | 04/15/2020 | | Kobre & Kim LLP | X | 0.00 | 0.00 |
| Deposit | 04/29/2020 | | | X | 4,500.00 | 4,500.00 |
| Deposit | 05/04/2020 | | | X | 4,500.00 | 9,000.00 |
| Deposit | 05/11/2020 | | | X | 2,000.00 | 11,000.00 |
| Deposit | 05/11/2020 | | | X | 7,777.78 | 18,777.78 |
| Deposit | 05/18/2020 | | | X | 17,500.00 | 36,277.78 |
| Bill Pmt -Check | 05/22/2020 | | Aflac | X | 0.00 | 36,277.78 |
| Deposit | 05/22/2020 | | | X | 1,201.56 | 37,479.34 |
| Deposit | 05/27/2020 | | | X | 12,500.00 | 49,979.34 |
| Total Deposits and Credits | | | | | 49,979.34 | 49,979.34 |
| Total Cleared Transactions | | | | | -74,148.65 | -74,148.65 |
| **Cleared Balance** | | | | | -74,148.65 | 372,151.11 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 12/19/2018 | 718 | Labcorp of America | | -1,495.96 | -1,495.96 |
| Check | 12/19/2018 | 708 | Employee Benefits ... | | -20.00 | -1,515.96 |
| Check | 02/18/2020 | 1031 | Healthnet (CA) | | -5,292.88 | -6,808.84 |
| Check | 02/18/2020 | 1023 | CLS Technology | | -1,890.60 | -8,699.44 |
| Check | 02/18/2020 | 1037 | Labcorp of America | | -1,495.96 | -10,195.40 |
| Check | 02/18/2020 | 1055 | Graceville Auto Parts | | -22.78 | -10,218.18 |
| Check | 04/13/2020 | 1067 | Metro Self Storage | | -278.72 | -10,496.90 |
| Check | 05/27/2020 | 1069 | Metro Self Storage | | -278.72 | -10,775.62 |
| Total Checks and Payments | | | | | -10,775.62 | -10,775.62 |
| Total Uncleared Transactions | | | | | -10,775.62 | -10,775.62 |
| Register Balance as of 05/31/2020 | | | | | -84,924.27 | 361,375.49 |
| **Ending Balance** | | | | | **-84,924.27** | **361,375.49** |

Page 1

**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page   1  of   2
STARTING DATE: June 01, 2020
ENDING DATE: June 30, 2020
Total days in statement period: 30
███████7770
( 2)

CAMPBELLTON-GRACEVILLE HOSPITAL
CHAPTER 11 DEBTOR IN POSSESSION
CASE #17-40185
OPERATING ACCOUNT
3445 PEACHTREE RD NE SUITE 1225
ATLANTA GA 30326-3241

We'll restart strong. And we'll restart together. When you're ready to restart, count on us to help you reach further. We are here for you - then, now, and tomorrow. Visit eastwestbank.com to learn more.

## Business Elite

| | | | |
|---|---|---|---|
| Account number | ███████7770 | Beginning balance | $372,151.11 |
| Enclosures | 2 | Total additions   ( 4) | 58,300.78 |
| Low balance | $372,151.11 | Total subtractions  ( 2) | 5,571.60 |
| Average balance | $385,414.87 | Ending balance | $424,880.29 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 06-18 | Deposit | | 7,777.78 |
| | 06-22 | Wire Trans-IN | QUALITOX LABORATORIES LLC | 17,500.00 |
| | 06-24 | Wire Trans-IN | OSIMAR CORPORATION | 20,523.00 |
| | 06-26 | Wire Trans-IN | MMB STRATEGY LLC | 12,500.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1031 | 06-19 | 5,292.88 | * Skip in check sequence | | |
| 1069 * | 06-19 | 278.72 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 372,151.11 | 06-19 | 374,357.29 | 06-24 | 412,380.29 |
| 06-18 | 379,928.89 | 06-22 | 391,857.29 | 06-26 | 424,880.29 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

11:47 AM
07/02/20

# Campbellton-Graceville Hospital Corporation
## Reconciliation Detail
East West Trust Acct...7770, Period Ending 06/30/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 372,151.11 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 02/18/2020 | 1031 | Healthnet (CA) | X | -5,292.88 | -5,292.88 |
| Check | 05/27/2020 | 1069 | Metro Self Storage | X | -278.72 | -5,571.60 |
| Total Checks and Payments | | | | | -5,571.60 | -5,571.60 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 06/12/2020 | | | X | 7,777.78 | 7,777.78 |
| Deposit | 06/22/2020 | | | X | 17,500.00 | 25,277.78 |
| Deposit | 06/26/2020 | | | X | 12,500.00 | 37,777.78 |
| Deposit | 06/26/2020 | | | X | 20,523.00 | 58,300.78 |
| Total Deposits and Credits | | | | | 58,300.78 | 58,300.78 |
| Total Cleared Transactions | | | | | 52,729.18 | 52,729.18 |
| Cleared Balance | | | | | 52,729.18 | 424,880.29 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 12/19/2018 | 718 | Labcorp of America | | -1,495.96 | -1,495.96 |
| Check | 12/19/2018 | 708 | Employee Benefit... | | -20.00 | -1,515.96 |
| Check | 02/18/2020 | 1023 | CLS Technology | | -1,890.60 | -3,406.56 |
| Check | 02/18/2020 | 1037 | Labcorp of America | | -1,495.96 | -4,902.52 |
| Check | 02/18/2020 | 1055 | Graceville Auto P... | | -22.78 | -4,925.30 |
| Check | 04/13/2020 | 1067 | Metro Self Storage | | -278.72 | -5,204.02 |
| Check | 06/26/2020 | 1070 | Metro Self Storage | | -135.41 | -5,339.43 |
| Total Checks and Payments | | | | | -5,339.43 | -5,339.43 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 06/30/2020 | | | | 2,000.00 | 2,000.00 |
| Deposit | 06/30/2020 | | | | 4,500.00 | 6,500.00 |
| Total Deposits and Credits | | | | | 6,500.00 | 6,500.00 |
| Total Uncleared Transactions | | | | | 1,160.57 | 1,160.57 |
| Register Balance as of 06/30/2020 | | | | | 53,889.75 | 426,040.86 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 07/02/2020 | Wire | Kobre & Kim LLP | | -15,000.00 | -15,000.00 |
| Total Checks and Payments | | | | | -15,000.00 | -15,000.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 07/01/2020 | | | | 7,777.78 | 7,777.78 |
| Total Deposits and Credits | | | | | 7,777.78 | 7,777.78 |
| Total New Transactions | | | | | -7,222.22 | -7,222.22 |
| **Ending Balance** | | | | | **46,667.53** | **418,818.64** |