UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                                    Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE HOSPITAL        Chapter 11
CORPORATION,

          Debtor.
_____/

## LIQUIDATING TRUSTEE'S EXHIBIT LIST

**EVIDENTIARY HEARING ON LIQUIDATING TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN (I) MARSHALL GLADE, LIQUIDATING TRUSTEE; AND (II) EMPOWER
H.I.S. LLC AND JORGE A. PEREZ [ECF NO. 1465]**

| **Presiding Judge** Chief Bankruptcy Judge Karen K. Specie | | | | | **Movant's Counsel** (a) Nelson Mullins Broad and Cassel and (b) Berger Singerman LLP | **Respondents' Counsel** Emmanuel Perez & Associates, P.A. |
|---|---|---|---|---|---|---|
| **Evidentiary Hearing Date** August 7, 2024, at 11:00 a.m. | | | | | **Court Reporter** | **Courtroom Deputy** Janet Weems |
| **Mov. No.** | **Resp. No.** | **Date Offered** | **Marked** | **Admitted** | **Description of Exhibits*** | |
| | | | | | Declaration of Marshall Glade in Support of Settlement Agreement dated August 2, 2024 | |
| | | | | | Opinion dated June 19, 2024, of Third District Court of Appeal in case of Liansy C. Carbonell, et al. v. Marshall Glade, et al., Case No. 3D23-0708 | |
| | | | | | United States' Notice Regarding Restitution dated July 17, 2024, filed in United States District Court, Middle District of Florida case of United States of America v. Jorge Perez and Ricardo Perez, Case No. 3:20-cr-00086-(S1)-TJC-SJH | |
| | | | | | Clerk's Minutes dated December 15, 2023, filed in United States District Court, Middle District of Florida case of United States of America v. Jorge Perez and Ricardo Perez, Case No.  Case No. 3:20-cr-00086-TJC-JBT | |
| | | | | | United States' Opposed Amended Motion for a Preliminary Order of Forfeiture for Proceeds and for Direct and Substitute Assets dated December 1, 2023, filed in United States District Court, Middle District of Florida case of United States of America v. Jorge Perez and Ricardo Perez, Case No.  Case No. 3:20-cr-00086-TJC-JBT | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

The Liquidating Trustee reserves all rights to amend or supplement this exhibit list as permitted

13181108-1

by the Court.

Dated: August 2, 2024

Respectfully submitted,

BERGER SINGERMAN LLP
*Co-Counsel for Liquidating Trustee*
313 North Monroe Street, Suite 301
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013

By: */s/Brian G. Rich*
    Brian G. Rich
    Florida Bar No. 38229
    brich@bergersingerman.com
    Michael J. Niles
    Florida Bar No. 107203
    mniles@bergersingerman.com

NELSON MULLINS BROAD AND CASSEL
*Co-Counsel for Liquidating Trustee*
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Tel. (954) 764-7060
Fax (954) 761-8135

By: */s/ Frank P. Terzo*
    Frank P. Terzo
    Florida Bar No. 906263
    frank.terzo@nelsonmullins.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 2nd day of August, 2024, (i) by electronic transmission through the Court's CM/ECF system upon all parties registered to receive service in this case as reflected on the CM/ECF Service List below; and (ii) in the manner specified on the attached Service List upon the parties listed thereon.

By: */s/ Brian G Rich*
    Brian G Rich

2

13181108-1

## CM/ECF Service List

- Yussuf Abdel-aleem    john.wisiackas@aleemlaw.com
- Philip Alan Bates    pbates@philipbates.net, swalton@philipbates.net;holly@philipbates.net
- Russell M. Blain    rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Jason B. Burnett    jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com
- Seldon J. Childers    jchilders@smartbizlaw.com, ellen.lord@smartbizlaw.com;notice@smartbizlaw.com;documents@primedox.com;childers@ecf.courtdrive.com
- William H. Crawford    bkry@tcslawfirm.net, william@tcslawfirm.net;karen@tcslawfirm.net
- Daniel Charles Curth    danc@goldmclaw.com, mattm@goldmclaw.com;haroldi@goldmclaw.com;seanw@goldmclaw.com
- Denise D. Dell-Powell    ddpowell@deanmead.com, mgodek@deanmead.com
- Michael P. Dickey    mdickey@dunlapshipman.com, connie@dunlapshipman.com
- Jodi Daniel Dubose    jdubose@srbp.com, jdubose.ecf@srbp.com
- Ashlea Ann Edwards    ashlea.edwards@gray-robinson.com, kim.crenier@akerman.com
- Jason H. Egan    jason.h.egan@usdoj.gov
- Katherine Fackler    Katie.Fackler@bmcjax.com, Jennifer.meehan@akerman.com;matthew.drawdy@akerman.com
- Gary M. Freedman    gary.freedman@nelsonmullins.com, Jackie.gonzalez@nelsonmullins.com;francis.santelices@nelsonmullins.com
- David Benjamin Honig    dhonig@hallrender.com, pmcfarland@hallrender.com;jthieke@hallrender.com
- Kathryn Michelle Jordan    michelle@blankenshipjordanpa.com, service@blankenshipjordanpa.com
- Matthew Ian Kramer    mkramer@wwhgd.com, pdelgado@wwhgd.com
- Michael D. Lessne    michael@lessne.law
- Stephanie Crane Lieb    slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;tyatsco@ecf.courtdrive.com;tyatsco@trenam.com
- Christopher Brian Lunny    clunny@radeylaw.com
- Kenneth G. M. Mather    kmather@gunster.com, tbacchus@gunster.com;mweaver@gunster.com
- Courtney A. McCormick    cmccormick@mcguirewoods.com, flservice@mcguirewoods.com
- Diego Mendez    info@mendezlawoffices.com
- Ronald A. Mowrey    rmowrey@mowreylaw.com, legaladmin@mowreylaw.com
- Arthur C. Neiwirth    aneiwirth@qpwblaw.com, aneiwirthcourt@aol.com;aneiwirthcourt@qpwblaw.com
- Michael J Niles    mniles@bergersingerman.com, efile@bergersingerman.com;zmorton@bergersingerman.com;efile@ecf.courtdrive.com
- Nicole Mariani Noel    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- Geoffrey J. Peters    colnationalecf@weltman.com, colnationalecf@weltman.com

13181108-1

- Brian G. Rich     brich@bergersingerman.com,
  efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- JAMES D. SILVER     jsilver@kelleykronenberg.com, raldama@kelleykronenberg.com
- Anelia Pamela Shaheed     anelia@allisonlaw.net
- Frank Paul Terzo     frank.terzo@nelsonmullins.com,
  francis.santelices@nelsonmullins.com
- United States Trustee     USTPRegion21.TL.ECF@usdoj.gov
- Adam M Walters     awalters@walterslawpc.com
- Sarah St John Walton     swalton@philipbates.net,
  pbates@philipbates.net;dwatts@philipbates.net
- Alan Weiss     alan.weiss@hklaw.com, camille.winn@hklaw.com
- Madison Wilson     moconnell@conroysimberg.com
- Lisa Wolgast     lwolgast@mmmlaw.com, twagner@mmmlaw.com;ntait@mmmlaw.com
- David Luther Woodward **SUSPENDED**     woodlaw@bellsouth.net,
  thetexasnole@bellsouth.net;woodwarddr89781@notify.bestcase.com

4

13181108-1

## SERVICE LIST

**First Class U.S. Mail**

Jorge A. Perez
8770 SW 72nd Street, No. 459
Miami, FL 33173

**First Class, U.S. Mail and Electronic Mail**

Emmanuel Perez, Esq.
Emmanuel Perez & Associates, P.A.
901 Ponce de Leon Blvd., Suite 101
Coral Gables, FL 33134

13181108-1