FLNB Local Form 5

## **<u>Exhibit Tag/ Cover Sheet</u>**

**Party Submitting:** <u>Marshall Glade, Liquidating Trustee</u>    **Ex. #** <u>  3  </u>

**Admitted:** Yes  or  No  (circle one)

**Debtor:** <u>Campbellton-Graceville Hospital Corporation</u>

**Case No.:** <u>17-40185-KKS</u>

**Adv. No.:** <u>N/A</u>

**Nature of Hearing/Docket No.:**

**LIQUIDATING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN (I) MARSHALL GLADE, LIQUIDATING TRUSTEE; AND (II) EMPOWER H.I.S. LLC AND JORGE A. PEREZ [ECF NO. 1465]**

**Dated:** _____, 2024

**By:**_____, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 3:20-cr-86(S1)-TJC-SJH

JORGE PEREZ
RICARDO PEREZ

### UNITED STATES' NOTICE REGARDING RESTITUTION

In advance of the hearing on matters related to forfeiture and restitution scheduled on July 22, 2024, at 10:00 am, the Government notifies the Court of its position on the issue of restitution. The Government's position as to restitution was included in the Government's Brief on Outstanding Forfeiture and Restitution Issues (Doc. 1131). Since the filing of that pleading, the Government and the defense engaged in lengthy discussions with respect to forfeiture and restitution. The parties were unable to entirely resolve the forfeiture issues. On July 17, 2024, the Government filed the Opposed Second Amended Motion for a Preliminary Order of Forfeiture for Proceeds and for Direct and Substitute Assets (Doc. 1164).

This notice borrows from positions adopted in that pleading and applies those to restitution, which the Government believes the Defendants do not object to. For restitution, the Government seeks a restitution figure of $37,618,669, which represents the insurer paid amount for definitive testing at Putnam County Memorial Hospital prior to when Putnam had a functional lab at the hospital (February 9, 2017), plus an additional $2,730,553 owed directly to Putnam Hospital, for a total of

$40,349,222. In the Government's Brief on Outstanding Forfeiture and Restitution Issues (Doc. 1131), as to insurance company payments to Putnam, the Government took the position that the restitution figure was $79,669,967, plus an additional $2,730,553 owed directly to Putnam Hospital, for a total (as it related to Putnam) of $82,400,520.

Now, for the sake of simplifying the restitution issue, the Government seeks restitution for the insurer payments to Putnam for the definitive testing that occurred prior to February 9, 2017 ($37,618,669) plus the additional $2,730,553 claimed directly from Putnam Hospital. The total is $40,349,222. As to Putnam, the methodology for determining which insurers are entitled to what portion of restitution from the total of $37,618,669 is the same as set forth on page 9 of Doc. 1131:

- $31,498,111 to BCBS (RightChoice, a unit of Anthem)
- $5,706,752 to UHC
- $413,806 to Aetna

For the sake of simplicity, the Government is not seeking restitution for insurance payments to Campbellton-Graceville Hospital (CGH) or Regional General Hospital (RGH). This approach simplifies the restitution as to the three insurers to the time-period pertaining to Putnam Hospital as set forth.

2

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Tysen Duva*
      TYSEN DUVA
      Assistant United States Attorney
      Florida Bar No. 0603511
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      E-mail:  Tysen.Duva@usdoj.gov

      GLENN S. LEON

      CHIEF
      U.S. DEPARTMENT OF JUSTICE
      CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Gary A. Winters*
      GARY A. WINTERS (Bar # A5501852)
      Trial Attorney
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, DC 20005
      Tel: (202) 598-2382
      Email: Gary.Winters@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 17, 2024, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

*/s/ Tysen Duva*
Tysen Duva
Assistant United States Attorney

3