UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                                    Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE                     Chapter 11
HOSPITAL CORPORATION,

      Debtor.

_____/

## MOTION FOR ENTRY OF FINAL DECREE CLOSING THE CASE

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND FOR HEARING**
>
> **Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within <u>21</u> days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**
>
> **If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, Michael J. Niles, Esq., Berger Singerman LLP, 313 North Monroe Street, Suite 301, Tallahassee FL 32301, and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**
>
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Marshall Glade, Liquidating Trustee ("Liquidating Trustee"), by and through undersigned counsel, files this *Motion for Entry of Final Decree Closing the Case* (the "Motion") and requests the Court to close the above captioned chapter 11 bankruptcy estate pursuant to Title 11 of the United States Bankruptcy Code.  In support of the Motion, the Liquidating Trustee states:

13289127-2

1.	The *Second Amended Joint Chapter 11 Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, Filed by the Debtor and the Official Committee of Unsecured Creditors* (the "Plan") [ECF No. 811] filed in this case on October 12, 2018, was confirmed pursuant to the *Order (I) Approving Second Amended Joint Disclosure Statement in Connection With Chapter 11 Plan of Liquidation of Campbellton-Graceville Hospital Corporation, Filed by the Debtor and the Official Committee of Unsecured Creditors [ECF No. 811]; (II) Confirming Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, Filed by the Debtor and Official Committee of Unsecured Creditors [ECF No. 812]; (III) Granting Amended Joint Motion of the Debtor and the Official Committee of Unsecured Creditors For (A) Entry of an Order Approving Compromise and Settlement Between (I) the Debtor, Campbellton-Graceville Hospital Corporation; (II) the Official Committee of Unsecured Creditors; (III) LifeBrite Laboratories, LLC and LifeBrite Management, Inc. and (B) Entry of a Bar Order Enjoining Claims of Creditors and Others Against the LifeBrite Settling Parties [ECF No. 806]; and (IV) Granting the Renewed Joint Motion of the Debtor and the Official Committee of Unsecured Creditors For (A) Entry of an Order Approving Compromise and Settlement Between (I) the Debtor, Campbellton-Graceville Hospital Corporation; (II) the Official Committee of Unsecured Creditors; and (III) Reliance Laboratory Testing, Inc., and (B) Entry of a Bar Order Enjoining Claims of Creditors and Others Against the Reliance Settling Parties [ECF No. 810], as Amended by the Notice of Filing Corrected Exhibit B to Amended Mediation Agreement Between (I) the Debtor, Campbellton-Graceville Hospital Corporation; and (II) the Official Committee of Unsecured Creditors; and (III) Reliance Laboratory Testing, Inc. [ECF No. 814]* [ECF No. 882] dated November 5, 2018.

2.	All payments required under the Plan by the Effective Date have been distributed by the Liquidating Trustee, or will be distributed under the Plan, and all matters to be completed upon the Effective Date of the confirmed Plan have been fulfilled and completed.

13289127-2

3.      There are no pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4.      All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof.

5.      In accordance with Local Rule 3022-1(A), the Liquidating Trustee certifies that he is in compliance with 11 U.S.C. § 1101.

**WHEREFORE**, the undersigned respectfully requests that this Court (i) enter an order in the form attached as **Exhibit A** granting this Motion; (ii) enter a final decree closing this fully administered case; and (iii) grant such other and further relief as the Court deems just and proper.

Dated:  November 5, 2024

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for Liquidating Trustee*
313 North Monroe Street, Suite 301
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013

By: */s/   Brian G. Rich*
        Brian G. Rich
        Florida Bar No. 38229
        brich@bergersingerman.com
        Michael J. Niles
        Florida Bar No. 107203
        mniles@bergersingerman.com

and

NELSON MULLINS BROAD AND CASSEL
*Co-Counsel for Liquidating Trustee*
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: (305) 373-9449
Facsimile: (305) 373-9443

-and -

3

13289127-2

100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33394
Telephone: (954) 745-5281
Facsimile: (954) 761-8135

By: */s/ Frank P. Terzo*

   Frank P. Terzo
   Florida Bar No. 906263
   frank.terzo@nelsonmullins.com

4

13289127-2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 5th day of November, 2024, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List and by first class, U.S. Mail to all creditors and interested parties on the attached Service List.

By:   _/s/  Brian G. Rich_
          Brian G. Rich

5

13289127-2

## CM/ECF SERVICE LIST

- Yussuf Abdel-aleem    john.wisiackas@aleemlaw.com
- Philip Alan Bates    pbates@philipbates.net, swalton@philipbates.net;abridges@philipbates.net;dwatts@philipbates.net
- Russell M. Blain    rblain.ecf@srbp.com, rblain@srbp.com
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Daniel Frederic Blanks    daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
- Jason B. Burnett    jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com
- Seldon J. Childers    jchilders@smartbizlaw.com, ellen.lord@smartbizlaw.com;jkirkconnell@smartbizlaw.com;documents@prodoxprep.com;melissa.kulczycke@smartbizlaw.com;childers@ecf.courtdrive.com
- Jodi Daniel Cooke    jcooke@srbp.com, lhathaway@srbp.com;jcooke.ecf@srbp.com
- Daniel Charles Curth    danc@goldmclaw.com, mattm@goldmclaw.com;haroldi@goldmclaw.com;seanw@goldmclaw.com
- Michael Patrick Dickey    mdickey@barronredding.com, creynolds@barronredding.com
- Ashlea Ann Edwards    ashlea.edwards@gray-robinson.com
- Jason H. Egan    jason.h.egan@usdoj.gov
- Gary M. Freedman    gfreedman@broadandcassel.com
- Kathryn Michelle Jordan    michelle@blankenshipjordanpa.com, service@blankenshipjordanpa.com
- Matthew Ian Kramer    mkramer@wwhgd.com, mesteva@wwhgd.com
- Michael D. Lessne    mlessne@broadandcassel.com, jphillips@broadandcassel.com
- Pamela Marsh    pmarsh@ausley.com, sshaffer@ausley.com
- Kenneth G. M. Mather    kmather@gunster.com, mweaver@gunster.com
- Courtney A. McCormick    cmccormick@mcguirewoods.com, flservice@mcguirewoods.com
- Ronald A. Mowrey    rmowrey@mowreylaw.com, firm@mowreylaw.com
- Michael J Niles    mniles@bergersingerman.com
- Nicole Mariani Noel    bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
- Geoffrey J. Peters    gpeters@weltman.com, colnationalecf@weltman.com
- Brian G. Rich    brich@bergersingerman.com, efile@bergersingerman.com;bwalter@bergersingerman.com;efile@ecf.inforuptcy.com
- JAMES D. SILVER    jsilver@conradscherer.com, raldama@conradscherer.com;mrussell@conradscherer.com
- Frank Paul Terzo    fterzo@broadandcassel.com, jphillips@broadandcassel.com;lnegron@broadandcassel.com
- United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
- Adam M Walters    awalters@walterslawpc.com
- Alan Weiss    alan.weiss@hklaw.com, lynette.mattison@hklaw.com
- David Luther Woodward    woodlaw@bellsouth.net, thetexasnole@bellsouth.net

6

13289127-2

**Service List**
**Allowed Claims/Scheduled Liabilities/**
**Appearances**
**August 8, 2019**

United Healthcare Insurance Company
Attn.:  CDM – Bankruptcy
185 Asylum Street – 03B
Hartford, CT 06103

Gulf Power Company
Bin 31
One Energy Pl.
Pensacola, FL 32520

Gilpin Givhan, PC
P.O. Box 4540
Montgomery, AL 36103-4540

Graceville Auto Parts
5423 Alabama St.
Graceville, FL 32440

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7345

Shred It
P.O. Box 13574
Newark, NJ 07188-3574

Cardinal Health 200, LLC
c/o Debra Willet, VP, Assoc. General
Counsel
7000 Cardinal Place
Dublin, OH 43017

The Peoples Choice Hospital, LLC
Goldstein & McClintock LLLP
111 West Washington Street, Ste. 1221
Chicago, IL 60602

Seth Guterman, M.D.
2000 Spring Road, Suite 200
Oak Brook, IL 60652
**MAIL RETURNED AS UNDELIVERABLE**

Waste Management
2625 W. Grandview Road
Suite 150
Phoenix, AZ 85023

Park Avenue Capital LLC dba MaxMD
c/o Scott A. Finlay
2200 Fletcher Ave., Suite 506
Fort Lee, NJ 07024-5063

Airgas South, Inc.
P.O. Box 532609
Atlanta, GA 30353-2609

AmTrust North America, Inc., on behalf
Of Comp Options Insurance Company,
c/o Maurice Wutscher LLP
2000 Auburn Drive, Ste. 200
Beachwood, OH 44122

Florida Blue
c/o Akerman LLP
Attn.:  Katherine C. Fackler, Esq.
50 N. Laura Street, Ste. 3100
Jacksonville, FL 32202

Cigna Healthcare of Florida, Inc.
c/o Wilhemina Bergland
900 Cottage Grove Road, B6LPA
Bloomfield, CT 06002

Canon Financial Services, Inc.
c/o Nicola G. Suglia
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053

GE HFS, LLC
c/o Kutak Rock, LLP
Attn.: Lisa M. Peters, Esq.
1650 Farnam Street
Omaha, NE 68102

Diagnostic Lab Direct, LLC
c/o Russell M. Blain, Esq.
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

Humana, Inc.
Robins Kaplan LLP
Attn.: Scott Gautier
2049 Century Park East, Ste. 3400
Los Angeles, CA 90067

Carr, Allison, Pugh, Howard, Oliver
& Sisson, P.C.
305 South Gadsden Street
Tallahassee, FL 32301

Florida Agency for Health Care
Administration
2727 Mahan Drive, MS#3
Tallahassee, FL 32308

Action Janitorial Services
3258 1st Avenue N.
Bonifay, FL 32425

Adams & Associates
P.O. Box 1328
Lynn Haven, FL 32444

Aflac
1932 Wynnton Road
Columbus, GA 31999

AT&T
P.O. Box 5019
Carol Stream, IL 60197

Bailey Lumber Supply
P.O. Box 96
Graceville, FL 32440

9259384-1

~~Beach Radio, Inc.~~
~~WBPC FM 95.1~~
~~P.O. Box 27272~~
~~Panama City Beach, FL 32411~~
**MAIL RETURNED AS UNDELIVERABLE**

Brown Fire Protection, Inc.
P.O. Box 9137
Panama City Beach, FL 32417

Bush Paint & Supply
971 6th Avenue
Graceville, FL 32440

Cannington, Harvey D.
465 Pine Street
Madison, GA 30650

~~CE Tech~~
~~414 N. Main Street~~
~~Euless, TX 76039~~
**MAIL RETURNED AS UNDELIVERABLE**

CIGNA
P.O. Box 188022
Chattanooga, TN 37422-8022

City of Graceville
P.O. Box 637
Graceville, FL 32440

CLS Technology
5385 Smith Street
Graceville, FL 32440

CMS – Centers for Medicare and Medicaid
P.O. Box 469063
Denver, CO 80246

Comfort Systems
13040 W. Hwy. 84
Newton, AL 36352

CPSI
P.O. Box 850309
Mobile, AL 36685-0309

Crutchfield Mini Storage
P.O. Box 476
Graceville, FL 32440

Data Systems Management (DSM)
P.O. Box 1348
Columbus, MS 39703

Ecolab
P.O. Box  32027
New York, NYH 10087-2027

Employee Benefit Corporation
P.O. Box 33347
Madison, WI 53744

ETI Premium Finance
P.O. Box 829522
Pembroke Pines, FL 33082

Fisher Healthcare
P.O. Box 404705
Atlanta, GA 30384-4705

~~Grainger Industrial Supplies~~
~~4405 N. Palafox Street~~
~~Pensacola, FL 32505~~
**MAIL RETURNED AS UNDELIVERABLE**

Healthnet (CA)
P.O. Box 9103
Van Nuys, CA 91409

Highmark, Inc.
120 Fifth Avenue
Pittsburgh, PA 15222

Homewood Suites Mobile
530 Providence Park Drive East
Mobile, AL 36695

HR Direct
P.O. Box 669390
Pompano Beach, FL 33066

Hy-Temp Gas Corp.
106 Industrial Drive
Bonifay, FL 32425

Instrumentation Laboratory
P.O. Box 347934
Pittsburgh, PA 00034-7934

Labcorp of America
QA Department
1904 Alexanders Drive.
Durham, NC 27709

Liberty National Life
Attn.:  Worksite Billing Dept.
P.O. Box 248889
Oklahoma City, OK 73124-8889

Logistic Services of Alabama
P.O. Box 1668
Dothan, AL 36302

9259384-1

McKesson Medical Surgical
P.O. Box 660266
Dallas, TX 75266-0266

McPherson Pest Control
7979 Shady Grove Road
Grand Ridge, FL 32442

Medline Industries, Inc.
Dept. CH. 14400
Palatine, IL 60055-4400

Obar Insurance Agency
P.O. Box 594
Graceville, FL 32440

RTI Medical Systems
2010 Ross Clark Cir.
Dothan, AL 36301

S&W Auto Parts, Inc.
5328 Cotton Street
Graceville, FL 32440

~~Steven J. Saul, M.D.~~
~~1818 Massachusetts Ave.~~
~~Lynn Haven, FL 32444~~
**MAIL RETURNED AS UNDELIVERABLE**

~~Wendy Scurlock~~
~~3655 Peanut Road~~
~~Alford, FL 32420~~
**MAIL RETURNED AS UNDELIVERABLE**

Siemens Healthcare Diagnostics, Inc.
P.O. Bos 121102
Dallas, TX 75312-1102

Smiths, Inc. of Dothan
P.O. Box 1207
Dothan, AL 36302

Southern Light
107 St. Francis St., Ste. 1800
Mobile, AL 36602

Staples, Inc.
P.O. Box 405386
Atlanta, GA 30384

Stericycle, Inc.
P.O. Box 6575
Carol Stream, IL 60197-6575

~~Troy Taylor~~
~~5383 College Drive~~
~~Graceville, FL 32440~~
**MAIL RETURNED AS UNDELIVERABLE**

UNUM
P.O. Box 409548
Atlanta, GA 30384-9548

UPMC Health Plan
P.O. Box 2968
Pittsburgh, PA 15230

WJAQ Radio Station
4376 Lafayette Street
P.O. Box 569
Marianna, FL 32447

Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Anna Stewart Whites, Esq.
327 Logan Street
P.O. Box 4023
Frankfort, KY 40601

AmTrust North America, Inc.
800 Superior Avenue East
20th Floor
Cleveland, OH 44114

Alan C. Hochheiser, Esq.
Maurice Wutscher LLP
23611 Chagrin Blvd., #207
Beachwood, OH 44122

Gilpin Givhan, PC
Attn.: George W. Thomas
2660 EastChase Lane, Ste. 300
Montgomery, AL 36117

Cigna Healthcare of Florida, Inc.
Attn. Edward P. Potanka
900 Cottage Grove Road, B6LPA
Bloomfield, CT 06002

Law Offices of Nathan Neuman
National Judgment Investment Corp.
1121 North Bethlehem Pike, #60-162
Spring House, PA 19477

9259384-1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
www.flnb.uscourts.gov

In re:                                              Case No. 17-40185-KKS

CAMPBELLTON-GRACEVILLE                              Chapter 11
HOSPITAL CORPORATION,

    Debtor.

_____/

## ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE CLOSING THE CASE [ECF NO.     ]

**THIS MATTER** came before the Court upon the *Motion for Entry of Final Decree Closing the Case* [ECF No. ___] (the "Motion") filed by Marshall Glade, Liquidating Trustee ("Liquidating Trustee") on November 5, 2024.  The Court, (i) having considered the Motion; (ii) having been advised that all payments required under the *Second Amended Joint Chapter 11 Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, Filed by the Debtor and the Official Committee of Unsecured Creditors* (the "Plan") [ECF No. 811] by the Effective Date[1] have been distributed by the Liquidating Trustee, or will be distributed under the Plan, and that all matters to be completed upon the Effective Date of the confirmed Plan have been fulfilled and completed; and (iii) having been advised that all administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof; (iv) having noted that

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

13373955-1

the Motion was served upon all interested parties with the Local Rule 2002-2 negative notice legend, informing the parties of their opportunity to object within 21 days of the date of service of the Motion; and (v) having noted that no party filed an objection within the time permitted, and the Court, therefore, considers the matter to be unopposed.  Accordingly, the Court

**ORDERS** as follows:

1.      The Motion is **GRANTED.**

2.      The Court shall enter a separate *Final Decree* closing this Chapter 11 case.

**DONE and ORDERED** on _____.


_____
KAREN K. SPECIE
United States Bankruptcy Judge

Prepared by:
Brian G. Rich, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
313 North Monroe Street, Suite 301
Tallahassee, Florida 32301
Tel. (850) 561-3010
Fax (850) 561-3013
E-mail:  brich@bergersingerman.com
E-mail:  mniles@bergersingerman.com

*(Attorney Rich is directed to serve a copy of this Order on interested parties and file a certificate of service within 3 business days of entry of the Order.)*

2

13373955-1